# EXHIBIT A



# United States of America
## United States Patent and Trademark Office

# HELIOS

**Reg. No. 7,095,707**
**Registered Jul. 04, 2023**
**Int. Cl.: 9, 42**
**Service Mark**
**Trademark**
**Principal Register**

Cohesity, Inc. (DELAWARE CORPORATION)
300 Park Avenue
San Jose, CALIFORNIA 95110

CLASS 9: HYPERCONVERGED INFRASTRUCTURE BEING HCI DATA MANAGEMENT PLATFORM COMPRISING DOWNLOADABLE SOFTWARE FOR INTEGRATING COMPUTER SERVERS, COMPUTER NETWORKS, AND DATA STORAGE INTO A SINGLE SOLUTION FOR PURPOSES OF DATA MANAGEMENT AND MANAGING INFORMATION TECHNOLOGY INFRASTRUCTURE AND APPLICATIONS; DOWNLOADABLE COMPUTER SOFTWARE, NAMELY, A SINGLE DATA MANAGEMENT COMPUTER SOFTWARE PLATFORM FOR MANAGING DATA DISTRIBUTED ACROSS MULTIPLE LOCATIONS, DATA CENTERS, PUBLIC CLOUDS, PRIVATE CLOUDS AND HYBRID CLOUDS; DOWNLOADABLE COMPUTER SOFTWARE ANALYTICS PLATFORM IN THE NATURE OF DOWNLOADABLE CLOUD COMPUTING SOFTWARE FOR ANALYZING, VISUALIZING, AND MANIPULATING LARGE QUANTITIES OF UNSTRUCTURED, STRUCTURED, AND SEMI-STRUCTURED DATA DISTRIBUTED ACROSS MULTIPLE LOCATIONS, DATA CENTERS, PUBLIC CLOUDS, PRIVATE CLOUDS AND HYBRID CLOUDS; DOWNLOADABLE COMPUTER SOFTWARE THAT ENABLES MANAGEMENT OF DISTRIBUTED DATA SOURCES IN A SINGLE USER INTERFACE; DOWNLOADABLE COMPUTER SOFTWARE FOR DATA MANAGEMENT; DOWNLOADABLE COMPUTER SOFTWARE FOR DATA STORAGE, DATA BACKUP, DATA PROTECTION, DATA MIGRATION, DATA ARCHIVAL, DATA ANALYTICS, DATA SEARCHING, DATA INDEXING, DATA RETRIEVAL, DATA REPORTING, DATA DEDUPLICATION, DATA REDUNDANCY AND DATA RECOVERY AND REPLICATION; DOWNLOADABLE DATABASE MANAGEMENT COMPUTER SOFTWARE FOR USE IN THE FIELD OF ENTERPRISE DATA AND INFORMATION MANAGEMENT; DOWNLOADABLE COMPUTER SOFTWARE FOR DATA DISASTER RECOVERY AND REPLICATION; DOWNLOADABLE COMPUTER SOFTWARE DEVELOPMENT TOOLS; DOWNLOADABLE CLOUD-BASED SOFTWARE FOR DATA MANAGEMENT; DOWNLOADABLE MOBILE APPLICATION FOR DATA MANAGEMENT IN THE NATURE OF DATA STORAGE, DATA BACKUP, DATA PROTECTION, DATA MIGRATION, DATA ARCHIVAL, DATA ANALYTICS, DATA SEARCHING, DATA INDEXING, DATA RETRIEVAL, DATA NOTIFICATIONS, DATA MONITORING, DATA



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



REPORTING, DATA DEDUPLICATION, DATA REDUNDANCY AND DATA RECOVERY AND REPLICATION; DOWNLOADABLE MOBILE APPLICATION FOR DATA DISASTER RECOVERY AND REPLICATION; DOWNLOADABLE MOBILE APPLICATION FOR MANAGING AND OPERATING SOFTWARE IN THE FIELDS OF DATA SECURITY, COMPLIANCE ASSESSMENT, AND CYBER SECURITY

FIRST USE 8-21-2018; IN COMMERCE 8-21-2018

CLASS 42: SOFTWARE-AS-A-SERVICE (SAAS) SERVICES FEATURING SOFTWARE FOR USE IN DATA MANAGEMENT, DATA STORAGE, DATA BACKUP, DATA PROTECTION, DATA MIGRATION, DATA ARCHIVAL, DATA ANALYTICS, DATA SEARCHING, DATA INDEXING, DATA RETRIEVAL, DATA REPORTING, DATA DEDUPLICATION, DATA REDUNDANCY AND DATA RECOVERY AND REPLICATION; SOFTWARE-AS-A-SERVICE (SAAS) SERVICES FEATURING SOFTWARE FOR USE IN DATA PROTECTION ANALYSIS FOR CYBERSECURITY AND COMPUTER SECURITY PURPOSES; PLATFORM-AS-A-SERVICE (PAAS) FEATURING A SINGLE COMPUTER SOFTWARE PLATFORM FOR MANAGING DATA DISTRIBUTED ACROSS MULTIPLE LOCATIONS, DATA CENTERS, PUBLIC CLOUDS, PRIVATE CLOUDS AND HYBRID CLOUDS; PLATFORM-AS-A-SERVICE (PAAS) FEATURING COMPUTER SOFTWARE ANALYTICS PLATFORMS FOR ANALYZING, VISUALIZING, AND MANIPULATING LARGE QUANTITIES OF DATA IN A SINGLE USER INTERFACE; PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE FOR USE IN DATA MANAGEMENT, DATA STORAGE, DATA BACKUP, DATA PROTECTION, DATA MIGRATION, DATA ARCHIVAL, DATA ANALYTICS, DATA SEARCHING, DATA INDEXING, DATA RETRIEVAL, DATA REPORTING, DATA DEDUPLICATION, DATA REDUNDANCY AND DATA RECOVERY AND REPLICATION; ELECTRONIC DATA STORAGE FOR ARCHIVING ELECTRONIC DATA; COMPUTER SERVICES, NAMELY, COMPUTER SECURITY THREAT EVALUATION AND ANALYSIS FOR PROTECTING DATA TO ASSURE COMPLIANCE WITH INDUSTRY STANDARDS; PLATFORM-AS-A-SERVICE (PAAS) FEATURING COMPUTER SOFTWARE PLATFORMS FOR USE IN DATA MANAGEMENT AND DATA PROTECTION; PLATFORM-AS-A-SERVICE (PAAS) FEATURING COMPUTER SOFTWARE PLATFORMS FOR ENABLING DATA PROCESSING AND DATA MANAGEMENT; PROVIDING VIRTUAL COMPUTER SYSTEMS AND VIRTUAL COMPUTER ENVIRONMENTS THROUGH CLOUD COMPUTING ON A SUBSCRIPTION OR PAY-PER-USE BASIS; COMPUTER DISASTER RECOVERY PLANNING; CLOUD COMPUTING FEATURING SOFTWARE FOR ELECTRONIC DATA BACK-UP, DISASTER DATA RECOVERY, ELECTRONIC STORAGE FOR ARCHIVING ELECTRONIC DATA, AND COMPUTER SECURITY THREAT ANALYSIS FOR PROTECTING DATA; CLOUD COMPUTING FEATURING SOFTWARE FOR USE IN COMPUTER SOFTWARE DEVELOPMENT

FIRST USE 8-21-2018; IN COMMERCE 8-21-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-033,868, FILED 07-02-2020