| | |
|---|---|
| Michael C. Hendershot (State Bar No. 211830)<br>mhendershot@jonesday.com<br>Catherine T. Zeng (State Bar No. 251231)<br>czeng@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: +1.650.739.3939<br>Facsimile: +1.650.739.3900 | |

*Attorneys for Plaintiff Cohesity, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COHESITY, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>CARTESIAN THEATRE CORP., and DOES 1-25.<br><br>        Defendant. | CASE NO. 3:24-cv-9104<br><br>**PLAINTIFF COHESITY, INC.'S RULE 7.1 DISCLOSURE STATEMENT** |

    Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Cohesity, Inc. discloses that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

Dated: December 17, 2024

By: */s/ Catherine T. Zeng*
    Catherine T. Zeng, Esq.

    Michael C. Hendershot (SBN 211830)
    mhendershot@jonesday.com
    Catherine T. Zeng (SBN 251231)
    czeng@jonesday.com
    JONES DAY
    1755 Embarcadero Road
    Palo Alto, CA 94303
    Telephone: +1.650.739.3939
    Facsimile: +1.650.739.3900

*Attorneys for Plaintiff Cohesity, Inc.*