UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Cohesity, Inc.

Plaintiff(s)

v.

Cartesian Theatre Corp., and DOES 1 - 25.

Defendant(s).

Case No. 3:24-CV-9104-AGT

CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☑ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: 12/30/24

NAME: Catherine T. Zeng, Esq.

COUNSEL FOR (OR "PRO SE"): Plaintiff, Cohesity, Inc.

Catherine T. Zeng
Digitally signed by Catherine T. Zeng
Date: 2024.12.30 13:25:01 -08'00'

*Signature*

# PROOF OF SERVICE

I, Trudy Carney, declare:

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Silicon Valley Office, 1755 Embarcadero Road, Palo Alto, California 94303. On December 30, 2024, I served a copy of the within document(s):

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

☐ by causing to be personally delivered to the person(s) at the address(es) set forth below.

☒ by placing the document(s) in a sealed envelope or packaging addressed to the persons at the addresses listed below deposited with the United States Postal Service, with postage fully prepaid.

> Cartesian Theatre
> 2115 Cypress Street, Suite 108
> Vancouver, British Columbia V6J 3M3, Canada
>
> Cartesian Theatre
> c/o Jessica S. Sachs Esq.
> Dickey & Pierce, PLC
> 5445 Corporate Drive, Ste 200
> Troy, MI 48098
>
> Cartesian Theatre
> c/o Gary Shuster, Esq.
> Coleman & Horowitt, LLP
> 499 West Shaw Avenue, Suite 116
> Fresno, CA 93704

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 30, 2024, at Palo Alto, California.

_____
Trudy Carney