United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COHESITY, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARTESIAN THEATRE CORP.,<br><br>　　　　　Defendant. | Case No. 24-cv-09104-JST<br><br>**CLERK'S NOTICE**<br><br>Re: Dkt. No. 10 |

**YOU ARE NOTIFIED THAT** an Initial Case Management Conference is set for March 25, 2025 at 2:00 P.M. before the Honorable JON S. TIGAR. The Joint Case Management Conference Statement is due by March 18, 2025. This proceeding will be held via a Zoom webinar.

Dated: January 7, 2025

　　　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　　　Clerk of Court, United States District Court

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Dianna Shoblo, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable JON S. TIGAR