1  Michael C. Hendershot (State Bar No. 211830)
   mhendershot@jonesday.com
2  Catherine T. Zeng (State Bar No. 251231)
   czeng@jonesday.com
3  JONES DAY
   1755 Embarcadero Road
4  Palo Alto, CA  94303
   Telephone: +1.650.739.3939
5  Facsimile: +1.650.739.3900

6  *Attorneys for Plaintiff Cohesity, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COHESITY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CARTESIAN THEATRE CORP., and DOES 1 – 25. <br><br> Defendant. | CASE NO. 24-cv-09104-JST <br><br> **PROOFS OF SERVICE OF SUMMONS FOR CARTESIAN THEATRE CORP.** |

| Attorney or Party without Attorney:<br>JONES DAY<br>1755 EMBARCADERO RD.<br>PALO ALTO, CA 94303<br>Telephone No: 650-739-3939    FAX No: 650-739-3900<br><br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.:<br>136730.001004 | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court For The Northern District Of California |

Plaintiff: COHESITY, INC.
Defendant: CARTESIAN THEATRE CORP.; ET AL

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:24-CV-09104-AGT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CASE ASSIGNED TO MAGISTRATE JUDGE ALEX G. TSE; PLAINTIFF COHESITY, INC.'S RULE 7.1 DISCLOSURE STATEMENT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL STANDING ORDER FOR MAGISTRATE JUDGE ALEX G. TSE; SETTLEMENT CONFERENCE STANDING ORDER; ECF REGISTRATION INFORMATION; NOTICE OF ASSIGNMENT OF CASE; STANDING ORDER FOR ALL JUDGES; CIVIL COVER SHEET

3. a. Party served: CARTESIAN THEATRE CORP. C/O GARY SHUSTER, ESQ. @ COLEMAN & HOROWITT, LLP
   b. Person served: NAJI "DOE", LEGAL ASSISTANT, Middle Eastern, Male, 35 Years Old, Brown Hair, 5 Feet 10 Inches, 170 Pounds

4. Address where the party was served: 499 WEST SHAW AVENUE, STE. 116
   FRESNO, CA 93704

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Dec. 23, 2024 (2) at: 12:48PM

7. Person Who Served Papers:    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. VICTOR MORENO
   b. A & A LEGAL SERVICE, Inc.
      880 MITTEN ROAD, SUITE 102
      BURLINGAME, CA 94010
   c. (650) 697-9431, FAX (650) 697-4640
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: S2013122
      (iii) County: Fresno

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Dec. 26, 2024

Judicial Council Form                PROOF OF SERVICE           (VICTOR MORENO)          7393939.144100
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL

| Attorney or Party without Attorney: <br> JONES DAY <br> 1755 EMBARCADERO RD. <br> PALO ALTO, CA 94303 <br> Telephone No: 650-739-3939  FAX No: 650-739-3900 <br><br> Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: 136730.001004 | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court For The Northern District Of California |

| Plaintiff: COHESITY, INC. |
|---|
| Defendant: CARTESIAN THEATRE CORP.; ET AL |

| PROOF OF SERVICE SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number: 3:24-CV-09104-AGT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CASE ASSIGNED TO MAGISTRATE JUDGE ALEX G. TSE; PLAINTIFF COHESITY, INC.'S RULE 7.1 DISCLOSURE STATEMENT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL STANDING ORDER FOR MAGISTRATE JUDGE ALEX G. TSE; SETTLEMENT CONFERENCE STANDING ORDER; ECF REGISTRATION INFORMATION; NOTICE OF ASSIGNMENT OF CASE; STANDING ORDER FOR ALL JUDGES; CIVIL COVER SHEET

3. a. Party served: CARTESIAN THEATRE CORP. C/O JESSICA S. SACHS, ESQ. @ HARNESS, DICKEY & PIERCE, PLC
   b. Person served: WYLIE KUSI, RECEPTIONIST

4. Address where the party was served: 5445 CORPORATE DRIVE, STE. 200
   TROY, MI 48098

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Dec. 20, 2024 (2) at: 1:27PM

7. Person Who Served Papers:     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ADAM KWIATKOWSKI
   b. A & A LEGAL SERVICE, Inc.
      880 MITTEN ROAD, SUITE 102
      BURLINGAME, CA 94010
   c. (650) 697-9431, FAX (650) 697-4640
   d. The Fee for Service was:
   e. I am:
      (i) Independent Contractor

8. I declare under penalty of perjury under the laws    that the foregoing is true and correct.
   Date: Thu, Dec. 26, 2024

                                                                    (ADAM KWIATKOWSKI)

Judicial Council Form            PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS IN A CIVIL                                  7393939.144101

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| **COHESITY, INC.** | ) | CASE NO. 3:24-CV-9104 |
|  | ) |  |
| Plaintiff, | ) | **AFFIDAVIT OF SERVICE OF** |
|  | ) | SUMMONS IN A CIVIL ACTION |
| vs. | ) | COMPLAINT FOR DECLARATORY |
|  | ) | JUDGMENT OF NON-INFRINGEMENT |
| **CARTESIAN THEATRE CORP., and** | ) | NOTICE OF ELECTRONIC FILING |
| **DOES 1 – 25** | ) | PLAINTIFF COHESITY, INC.'S RULE 7.1 |
|  | ) | DISCLOSURE STATEMENT |
| Defendant. | ) | CIVIL COVER SHEET |
|  | ) | REPORT ON THE FILING OR |
|  | ) | DETERMINATION OF AN ACTION |
|  | ) | REGARDING A PATENT OR |
|  | ) | TRADEMARK |
|  | ) | ORDER SETTING INITIAL CASE |
|  | ) | MANAGEMENT CONFERENCE AND |
|  | ) | ADR DEADLINES |
|  | ) | CIVIL STANDING ORDER FOR |
|  | ) | MAGISTRATE JUDGE ALEX G. TSE |
|  | ) | SETTLEMENT CONFERENCE |
|  | ) | STANDING ORDER FOR MAGISTRATE |
|  | ) | JUDGE ALEX G. TSE |
|  | ) | ECF REGISTRATION INFORMATION |
|  | ) | NOTICE OF ASSIGNMENT OF CASE TO |
|  | ) | A UNITED STATES MAGISTRATE |
|  | ) | JUDGE FOR TRIAL |
|  | ) | STANDING ORDER FOR ALL JUDGES |

|   |   |
|---|---|
| ) | OF THE NORTHERN DISTRICT OF |
| ) | CALIFORNIA – CONTENTS OF JOINT |
| ) | CASE MANAGEMENT STATEMENT |
| ) |   |

The undersigned, being sworn, on oath deposes and says: That he is now and at all times herein mentioned was a citizen of Canada and resident of the Province of British Columbia, Canada, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness herein.

That on Friday, December 20th, 2024 at 4:11 pm at the address of 108 – 2115 Cypress Street, Vancouver, in the Province of British Columbia, Canada, this affiant duly served the above described documents, upon **KIPLING CONRAD SINGH WARNER** by then and there personally delivering true and correct copies thereof, by then presenting to and leaving the same with **KIPLING CONRAD SINGH WARNER.**

**AVTAR BAINS**

**SUBSCRIBED AND SWORN TO** before me December 23, 2024.

A NOTARY PUBLIC IN AND FOR THE PROVINCE OF BRITISH COLUMBIA

**TANU MINHAS**
BARRISTER & SOLICITOR
1200 - 777 HORNBY STREET
VANCOUVER, BC  V6Z 1S4
TELEPHONE: (604) 669-4912