Michael C. Hendershot (State Bar No. 211830)
mhendershot@jonesday.com
Catherine T. Zeng (State Bar No. 251231)
czeng@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: +1.650.739.3939
Facsimile: +1.650.739.3900

*Attorneys for Plaintiff Cohesity, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| COHESITY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CARTESIAN THEATRE CORP., and DOES 1-25. <br><br> Defendant. | CASE NO. 4:24-cv-09104-JST <br><br> **PLAINTIFF COHESITY, INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES AND PERSONS** |

Plaintiff Cohesity, Inc.'s Certification of
Conflicts and Interested Entities or Persons
24-cv-09104-JST

The undersigned is counsel of record for Plaintiff Cohesity, Inc. in the above-captioned action, and hereby submits the following disclosure statement pursuant to Civil Local Rule 3-15: Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: January 23, 2024

By: /s/ Catherine T. Zeng
Catherine T. Zeng, Esq.

Michael C. Hendershot (SBN 211830)
mhendershot@jonesday.com
Catherine T. Zeng (SBN 251231)
czeng@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: +1.650.739.3939
Facsimile: +1.650.739.3900

*Attorneys for Plaintiff Cohesity, Inc.*

- 2 -

Plaintiff Cohesity, Inc.'s Certification of
Conflicts and Interested Entities or Persons
24-cv-09104-JST

## PROOF OF SERVICE

I, Trudy Carney, declare:

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Silicon Valley Office, 1755 Embarcadero Road, Palo Alto, California 94303. On January 23, 2025, I served a copy of the within document(s):

**Plaintiff Cohesity, Inc.'s Certification of Conflicts and Interested Entities or Persons**

☒ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an agent for UPS delivery.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Palo Alto, California addressed as set forth below.

Cartesian Theatre Corp. Attn: Kip Warner
2115 Cypress Street, Suite 108
Vancouver, British Columbia V6J 3M3, Canada

Cartesian Theatre Corp.
Attn: Kip Warner
1055 West Georgia Street, Suite 1750
Vancouver, British Columbia V6E 3P3, Canada

Westpoint Law Group
Attn: Polina H. Furtula
2200-1177 W. Hastings Street
Vancouver, British Columbia
V6E 2K3, Canada

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the UPS on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 23, 2025, at Palo Alto, California.

_____
Trudy Carney

- 3 -

Plaintiff Cohesity, Inc.'s Certification of
Conflicts and Interested Entities or Persons
24-cv-09104-JST