1  Michael C. Hendershot (State Bar No. 211830)
   mhendershot@jonesday.com
2  Catherine T. Zeng (State Bar No. 251231)
   czeng@jonesday.com
3  JONES DAY
   1755 Embarcadero Road
4  Palo Alto, CA 94303
   Telephone: +1.650.739.3939
5  Facsimile: +1.650.739.3900

6  *Attorneys for Plaintiff Cohesity, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| COHESITY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CARTESIAN THEATRE CORP., and DOES 1 – 25. <br><br> Defendants. | Case No. 4:24-CV-9104-JST <br><br> **DECLARATION OF CATHERINE T. ZENG IN SUPPORT OF PLAINTIFF COHESITY, INC.'S MOTION TO STRIKE AND OPPOSITION TO DEFENDANT CARTESIAN THEATRE CORP.'S "PRO SE" MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR DISPOSITIVE MOTION THAT WAS MAILED BUT NOT FILED** |

I, Catherine T. Zeng, hereby declare as follows:

1. I am a partner with the law firm Jones Day, counsel for plaintiff Cohesity, Inc. ("Cohesity") in the above-captioned lawsuit. I am a member in good standing of the State Bar of California. I make this declaration in support of Cohesity's Motion to Strike and Opposition to Defendant Cartesian Theatre Corp.'s "Pro Se" Motion for Extension of Time to File Answer or Dispositive Motion That Was Mailed but Not Filed (Cohesity's "Opposition" and Cartesian Theatre Corp.'s "Motion," respectively).

2. Attached hereto as Exhibit A is a true and correct copy of the Motion I received via email from Mr. Kipling Warner on behalf of Cartesian Theatre Corp. ("Cartesian Theatre") on January 28, 2025.

3. Attached hereto as Exhibit B is a true and correct copy of the email I received from Mr. Warner on January 28, 2025, which attached the Motion. Cartesian Theatre provided no notice of the Motion to Cohesity prior to its email attaching the Motion. Cohesity has not agreed to accept service of any documents from Cartesian Theatre by email or fax.

4. Attached hereto as Exhibit C is a true and correct copy of an email I sent to Polina Furtula, Canadian counsel for Cartesian Theatre, dated January 7, 2025.

5. Attached hereto as Exhibit D is a true and correct copy of a January 21, 2025 email I sent to Cartesian Theatre, which attached the following documents: (a) Order Reassigning Case to Honorable Jon S. Tigar; (b) Clerk's Notice regarding the Initial Case Management Conference; (c) Standing Order for All Civil Cases Before District Judge Jon S. Tigar; and (d) Standing Order for All Judges of the Northern District of California: Contents of Joint Case Management Statement.

6. Attached hereto as Exhibit E is a true and correct copy of a letter from my colleague, Michael Hendershot, to Ms. Furtula dated January 30, 2025.

7. Attached hereto as Exhibit F is a true and correct printout of the Leadership Team webpage from Cartesian Theatre's website, located at https://heliosmusic.io/leadership/, which was accessed and printed on January 29, 2025.

- 1 -

ZENG DECL. ISO PL.'S MOT. TO STRIKE
AND OPP. TO EXT.
NO. 4:24-CV-9104-JST

8. Attached hereto as <u>Exhibit G</u> is true and correct printout of the attorney biography webpage for Gary S. Shuster from Coleman & Horowitt, LLP's website, located at https://www.ch-law.com/attorney/shuster-gary-s/, which was accessed and printed on January 29, 2025.

9. Attached hereto as <u>Exhibit H</u> is a true and correct printout from the State Bar of California's website, specifically the attorney licensee search result webpage for Gary Stephen Shuster, which was accessed and printed on January 29, 2025.

10. Attached hereto as <u>Exhibit I</u> is a true and correct printout of the results of a search of the United States District Court for the Northern District of California's website for the attorney bar admission status of Gary Stephen Shuster, which was accessed and printed on January 29, 2025.

11. Attached hereto as <u>Exhibit J</u> is a true and correct printout of the Trademark Status & Document Retrieval (TSDR) page from the United States Patent and Trademark Office's website for Cartesian Theatre's pending HELIOS trademark application, U.S. Trademark Application Serial No. 98/724,373. This TSDR page was accessed and printed January 29, 2025.

12. Attached hereto as <u>Exhibit K</u> is a true and correct printout of the About Us page from Harness, Dickey & Pierce's website, located at https://www.harnessip.com/about-us/, which was accessed and printed on January 29, 2025.

13. Attached hereto as Exhibit L is a true and correct printout of the Bloomberg Law docket report for *Dassault Systemes SolidWorks Corporation v. Blissera Corp., et al., Docket No. 3:23-cv-03190 (N.D. Cal. Jun 27, 2023)*, which was accessed and printed on February 1, 2025.

14. Attached hereto as Exhibit M is a true and correct printout of the Bloomberg Law docket report for *Dassault Systemes SolidWorks Corporation v. Sharp Dimension, Inc. et al, Docket No. 3:22-cv-09084 (N.D. Cal. Dec 22, 2022)*, which was accessed and printed on February 1, 2025.

15. Attached hereto as Exhibit N is a true and correct printout of the Bloomberg Law docket report for *Dassault Systemes SolidWorks Corporation v. Applied Innovation Group, Inc.,*

1 | *Docket No. 3:22-cv-03572 (N.D. Cal. Jun 16, 2022)*, which was accessed and printed on February 1, 2025.

16. Attached hereto as Exhibit O is a true and correct printout of the Bloomberg Law docket report for *Sieler v. Atieva Inc, Docket No. 5:22-cv-00063 (N.D. Cal. Jan 05, 2022)*, which was accessed and printed on February 1, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 3rd of February 2025, in Palo Alto, California.

*/s/ Catherine T. Zeng*
Catherine T. Zeng