# EXHIBIT I

**United States District Court, Northern District of California
Attorney Bar Admission Status Lookup**

**1 record was found.**

The "Admitted On" date shown below indicates when the attorney was admitted to practice in the U.S. District Court for the Northern District of California, which may be different from the date of admission to the State Bar of California, or the bar of the state where the attorney practices.

**Note:** The Bar Member Status information provided should always be cross-checked using the State Bar of California's Attorney Search.

Discrepancies should be brought to the attention of the Court's Attorney Admissions Clerk at 415-522-2060 or admissioninfo@cand.uscourts.gov.

If you wish to register for CM/ECF, please click here.

| Last | First | Middle | Gen. | Bar No. | Email | Address | Admitted On | **Status** |
|------|-------|--------|------|---------|-------|---------|-------------|------------|
| Shuster | Gary | Stephen | | 162379 | | San Jose, CA | 02/24/1993 | Active |

Home  |  Search Again  |  Top of Page

| Status Definitions | |
|---|---|
| **Active** | The attorney is a member, in good standing, of the bar of this Court. |
| **Deceased** or **PresumeDecd** | The attorney is deceased or presumed deceased. |
| **Disbarred** | The attorney's membership in the bar of this Court has been revoked pursuant to Civil Local Rule 11-6. |
| **Inactive** or **Not Eligible** | The attorney's status is inactive or is not eligible with the State Bar of California and, therefore, is also inactive with the bar of this Court. |
| **Resigned** | The attorney has resigned from membership in the bar of this Court. |
| **Suspended** | The attorney's membership in the bar of this Court has been suspended pursuant to Civil Local Rule 11-6. |
| **Unknown** or blank | The attorney's membership in the bar of this Court is not known to this system. The attorney must petition for bar membership, or must prove current bar membership to the Court's Attorney Admissions Clerk. |