Kip C.S. Warner
kip@heliosmusic.io
CARTESIAN THEATRE CORP.
108 - 2115 Cypress St
Vancouver, BC
Canada  V6J 3M3

*Pro Se Defendant*

**FILED**

**FEB 04 2025**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Division: Oakland

| | |
|---|---|
| COHESITY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CARTESIAN THEATRE CORP., and DOES 1 - 25 <br><br> Defendant | CASE NO. 3:24-CV-9104 <br><br> **MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR DISPOSITIVE MOTION** <br><br> Judge. Hon. Jon S. Tigar |

1. The defendant's answer or motion in response to the plaintiff's Complaint was due on January 10, 2024.

2. The defendant sought and received consent by plaintiff counsel Michael C. Hendershot to extend the deadline on January 7, 2024, to January 31, 2024, because the defendant is having difficulty obtaining counsel.

3. The defendant respectfully requests that the Court change the defendant's deadline to April 30, 2025.

4. The defendant has not already asked the Court to change this deadline.

5. This change is necessary because:

a. The defendant, whose place of business is in Canada, was served in the midst of the holidays on December 20, 2025, at a place other than its registered office;

b. Canada's postal system has been experiencing a nationwide labour dispute that was only recently resolved, with a backlog of mail still being processed.[1] As an example the plaintiff's Consent or Declination to Magistrate Judge Jurisdiction dated December 30, 2024, by Catherine T. Zeng, counsel for the plaintiff, was not received by the defendant by way of physical mail until January 27, 2025;

c. Our Canadian counsel is not licensed to practice law in the United States and the defendant must therefore seek to retain counsel in the United States;

d. The *Federal Rules of Civil Procedure* prohibit *pro se* body corporates, 28 U.S.C. § 1654; *Berrios v. New York City Housing Authority*, 564 F.3d 130, 132-133 (2d Cir. 2009).

e. The defendant has made service inquiries with more than a dozen legal service providers in the State of California and elsewhere and has not as of yet been able to locate anyone that has:

   i. No conflicts;
   ii. Admitted to this Court;
   iii. Practices in the relevant subject matter; and
   iv. Immediately available.

6. The defendant intends to respond to the plaintiff's Complaint as soon as it has retained counsel.

7. The plaintiff has not pled that it is experiencing imminent harm in the United States, nor does it seek damages.

---

[1] https://www.cbc.ca/news/canada/british-columbia/canada-post-returns-customers-1.7413231

8. The defendant believes changing this deadline may affect these other deadlines and dates:

    a. Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan, due February 28, 2025;

    b. Initial disclosures, due March 14, 2025'

    c. Joint Case Management Conference Statement, due March 18, 2025; and

    d. Initial Case Management Conference, set for March 25, 2025 at 2:00 PM.

9. The opposing side has taken no position. The defendant tried to obtain the opposing party's agreement to this change, but was unsuccessful. The defendant's Canadian counsel Polina H. Furtula sought the consent of Michael C. Hendershot and Catherine T. Zeng on January 23, 2025, by email in advising "My client requires a three month time extension to 30 April, 2025, to respond to your client's Complaint. My client is having a hard time locating counsel that is admitted to the Federal Court of the Northern District of California and has a background in the relevant area. My client does intend to respond.". As of the date of this motion, no substantive response has been forthcoming.

10. The defendant declares under penalty of perjury under the laws of the United States that the above statements are true and correct.

Respectfully submitted,

Date:   January 28, 2025       Sign Name:   _____

                               Print Name:   Kip C.S. Warner

Good cause appearing, the motion is GRANTED. The deadline for filing the answer or a motion is _____.

IT IS SO ORDERED.

Date: _____   _____

Hon. Jon S. Tigar
United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

1. **Case name:** COHESITY, INC. v.CARTESIAN THEATRE CORP., and DOES 1-25

2. **Case number:** 4:24-cv-09104

3. **What documents were served?** Motion for Extension of Time To File Answer or Dispositive Motion

4. **How were the documents served?** Check one

    ☐ Placed in U.S. Mail

    ☐ Hand-delivered

    ☐ Sent for delivery (e.g., FedEx, UPS)

    ☑ Sent via email (if the other party has agreed to accept serve by email)

    ☑ Sent via fax (if the other party has agreed to accept serve by fax)

5. **Who did you send the documents to?** Michael C. Hendershot by email to mhendershot@jonesday.com and by fax to +1 (650) 739-3900. Catherine T. Zeng by email to czeng@jonesday.com and by fax to +1 (650) 739-3900.

6. **When were the documents sent?** January 28, 2025.

7. **Who served the documents?** Kip C.S. Warner.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: *[signature]*

Name:    Kip C.S. Warner

Address:   108 – 2115 Cypress St, Vancouver, BC, Canada  V6J 3M3.