from:
de : 108-2115 Cypress St
Vancouver, BC
Canada V6J3M3

CANADA POST POSTES CANADA

Exprès

F

1

Tracked Packet ™ – USA | Paquet repérable MC – É.-U.

From:/De:

name
108-2115 Cypress St
Vancouver BC V6J3M3
Canada

RECEIVED

FEB 04 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Postage paid | Port payé
00193406
Date
2025-01 28
Gross Weight | Poids brut
0.095 kg
Postage Rate | Tarif d'affran.
$15.77 CAD
Transaction No. | N° de transaction
0102896456

To:/À:

Clerk
CLERCK OF THE COURT
UNITED STATES COURTHOUSE
1301 CLAY ST unit 400 S
OAKLAND CA 94612
UNITED STATES

USPS TRACKING ™ #

LM 208 022 719 CA

| Quantity and Description of Contents / Quantités et description du contenu | HS Tariff Code / Code tarif SH | Country of Origin / Pays d'origine | Net Weight (kg) / Poids net (kg) | Value CAD / Valeur CAD |
|---|---|---|---|---|
| 1 COURT DOCUMENTS | | CA | 0.095 | 1.00 |
| X Document / Document | | | Total Value / Valeur totale | 1.00 |

Customs: May be opened officially.
Sender warrants that the particulars given in this declaration are correct and the shipment does not contain non-mailable matter.

CN22

Douane: Peut être ouvert d'office.
L'expéditeur atteste que les renseignements donnés dans cette déclaration sont exacts et que l'envoi ne contient pas d'objet inadmissible.

to:
à : Attn: Clerk of the Court
United States Courthouse
1301 Clay St, Suite 400 S
Oakland, CA
USA 94612