Kip C.S. Warner
kip@heliosmusic.io
CARTESIAN THEATRE CORP.
2200 - 1177 West Hastings St
Vancouver, BC
Canada V6E 2K3



RECEIVED
APR 01 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

*Pro Se Defendant*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Division: Oakland

| | |
|---|---|
| COHESITY, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CARTESIAN THEATRE CORP., and DOES 1 - 25<br><br>　　　　Defendant | CASE NO. 4:24-CV-9104<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CARTESIAN THEATRE CORP.'S MOTION TO STAY**<br><br>Judge. Hon. Jon S. Tigar |

Having read and considered Defendant CARTESIAN THEATRE CORP.'s Motion to Stay, its corresponding Request for Judicial Notice, any opposition to the motion, and any reply and oral argument the Court has entertained, the Court hereby **GRANTS** the motion.

It is therefore **ORDERED** as follows:

1. The Court **GRANTS** Defendant's Request for Judicial Notice of Exhibits A-G in Support of Defendants' Motion to Stay.

2. The Court **GRANTS** Defendant's Motion to Stay the instant case pending the resolution of Federal Court of Canada Court File No T-2636-24.

3. The Court hereby places this action in inactive status and **DIRECTS** the Clerk to close the case administratively.

**IT IS SO ORDERED**

Dated: _____        _____
                                HON. JON S. TIGAR
                                UNITED STATES DISTRICT JUDGE