CERTIFICATE OF SERVICE

1. **Case name:** COHESITY, INC. v. CARTESIAN THEATRE CORP., and DOES 1-25

2. **Case number:** 4:24-cv-09104

3. **What documents were served?** Defendant's motion to stay, request for judicial notice, and proposed order

4. **How were the documents served?** Check one

   ☐ Placed in U.S. Mail

   ☐ Hand-delivered

   ☐ Sent for delivery (e.g., FedEx, UPS)

   ☑ Sent via email (if the other party has agreed to accept serve by email)

   ☑ Sent via fax (if the other party has agreed to accept serve by fax)

**FILED**

APR 01 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

5. **Who did you send the documents to?** Michael C. Hendershot by email to mhendershot@jonesday.com and by fax to +1 (650) 739-3900. Catherine T. Zeng by email to czeng@jonesday.com and by fax to +1 (650) 739-3900.

6. **When were the documents sent?** March 24, 2025.

7. **Who served the documents?** Kip Warner.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: *[signature]*

Name:    Kip Warner

Address:   2200 – 1177 West Hastings St, Vancouver, BC, Canada  V6E 2K3