Affix Sufficient
Postage

Affranchir
suffisamment

  

**Tracked Packet ™ – USA | Paquet repérable ᴹᶜ – É.–U.**

From:/De :

CT
108 – 2115 Cypress St
Vancouver BC  V6J3M3
Canada

To:/À :

| Postage paid | Port payé |
|---|
| 00103406 |
| Date |
| 2025 03 24 |
| Gross Weight | Poids brut |
| 0.704 kg |
| Postage Rate | Tarif d'affran. |
| $28.24 CAD |
| Transaction No. | Nᵒ de transaction |
| 0103016512 |

to:
à :

 ATTN: CLERK OF THE COURT
1301 CLAY ST STE 400S
OAKLAND CA  94612
UNITED STATES



USPS TRACKING ™ #



LM 209 802 375 CA

| Quantity and Description of Contents Quantités et description du contenu | HS Tariff Code Code tarif SH | Country of Origin Pays d'origine | Net Weight (kg) Poids net (kg) | Value  CAD Valeur CAD |
|---|---|---|---|---|
| 1 LEGAL DOCUMENTS | | | 0.704 | 50.00 |
| [X] Document Document | | | Total Value Valeur totale | 50.00 |

Customs: May be opened officially.
Sender warrants that the particulars given in
this declaration are correct and this shipment
does not contain non-mailable matter.

CN22

Douane: Peut être ouvert d'office.
L'expéditeur atteste que les renseignements
donnés dans cette déclaration sont exacts et
que l'envoi ne contient pas d'objet inadmissible.

Signature:
RPOS/PDVD V2501.0.256
Shipping Label

Customs Declaration / Déclaration en douane

Date:
SPEC 3697 V3
Étiquette d'expédition