| | |
|---|---|
| 1 | Michael C. Hendershot (State Bar No. 211830) |
| | mhendershot@jonesday.com |
| 2 | Catherine T. Zeng (State Bar No. 251231) |
| | czeng@jonesday.com |
| 3 | JONES DAY |
| | 1755 Embarcadero Road |
| 4 | Palo Alto, CA 94303 |
| | Telephone: +1.650.739.3939 |
| 5 | Facsimile: +1.650.739.3900 |
| 6 | Anna E. Raimer (State Bar No. 234794) |
| | aeraimer@jonesday.com |
| 7 | JONES DAY |
| | 717 Texas Avenue, Suite 3300 |
| 8 | Houston, TX 77002 |
| | Telephone: +1.832.239.3939 |
| 9 | Facsimile: +1.832.239.3600 |
| 10 | *Attorneys for Plaintiff Cohesity, Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| COHESITY, INC., | Case No. 4:24-CV-09104-JST |
| Plaintiff, | **DECLARATION OF MICHAEL C. HENDERSHOT IN SUPPORT OF PLAINTIFF COHESITY, INC.'S MOTION TO STRIKE OR, IN THE ALTERNATIVE, OPPOSITION TO DEFENDANT CARTESIAN THEATRE CORP.'S "PRO SE" MOTION TO STAY THAT WAS MAILED TO THE COURT** |
| v. | |
| CARTESIAN THEATRE CORP., and DOES 1 – 25, | |
| Defendants. | |

I, Michael C. Hendershot, hereby declare as follows:

1. I am a partner with the law firm Jones Day, counsel for plaintiff Cohesity, Inc. ("Cohesity") in the above-captioned lawsuit. I am a member in good standing of the State Bar of California. I make this declaration in support of Cohesity's Motion to Strike Or, In the Alternative, Opposition to Defendant Cartesian Theatre Corp.'s "Pro Se" Motion to Stay That Was Mailed to the Court.

2. The Canadian proceeding captioned *Cartesian Theatre Corp. v. Cohesity, Inc.*, Case File No. T-2636-24, which is pending before the Federal Court of Canada, is still early in discovery. The pleadings are closed, but the parties have not yet disclosed or produced any documents. The parties also have not yet discussed a schedule for taking any discovery depositions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 15th of April 2025, in Palo Alto, California.

/s/ Michael C. Hendershot
Michael C. Hendershot

- 1 -

HENDERSHOT DECL. ISO PL.'S MOT. TO STRIKE AND OPP. TO MOTION TO STAY
NO. 4:24-CV-09104-JST