Michael C. Hendershot (State Bar No. 211830)
mhendershot@jonesday.com
Catherine T. Zeng (State Bar No. 251231)
czeng@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: +1.650.739.3939
Facsimile:  +1.650.739.3900

Anna E. Raimer (State Bar No. 234794)
aeraimer@jonesday.com
JONES DAY
717 Texas Avenue, Suite 3300
Houston, TX 77002
Telephone: +1.832.239.3939
Facsimile:  +1.832.239.3600

*Attorneys for Plaintiff Cohesity, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| COHESITY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CARTESIAN THEATRE CORP., and DOES 1 – 25, <br><br> Defendants. | Case No. 4:24-CV-09104-JST <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF COHESITY, INC.'S MOTION TO STRIKE DEFENDANT CARTESIAN THEATRE CORP.'S "PRO SE" MOTION TO STAY THAT WAS MAILED TO THE COURT** |

1 | Having read and considered Plaintiff Cohesity, Inc.'s Motion to Strike Or, In the
2 | Alternative, Opposition to Defendant Cartesian Theatre Corp.'s "Pro Se" Motion to Stay That
3 | Was Mailed to the Court, the opposition to the motion, and any reply and oral argument the Court
4 | has entertained, the Court hereby **GRANTS** the motion to strike.
5 | It is therefore **ORDERED** that Defendant Cartesian Theatre Corp.'s Motion to Stay (Dkt.
6 | No. 19) be stricken from the record.

Dated: _____, 2025

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE