from:
de: Kip Warner
108-2115 Cypress St
Vancouver, BC V6J3M3
Canada



to:
à: Attn: Clerk of the Courthouse
United States Courthouse
1301 Clay St Ste 400 S
Oakland, CA 94612
USA

Affix Sufficient Postage
Affranchir suffisamment

RECEIVED
APR 21 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No 4:24-CV-09104-JST

Hon. Judge Tigar

242681




MADE IN CANADA
FABRIQUÉ AU CANADA

canadapost.ca
postescanada.ca



Photo Mailer
Pochette pour photos

- Bend resistant
- Self-sealing
- Protects photos
- Rigide
- Pli autocollant
- Protège les photos

cm x 30,4 cm • 9 po x 12 po