# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cohesity, Inc., <br><br> Plaintiff(s) <br><br> v. <br><br> Cartesian Theatre Corp., <br><br> Defendant(s) | Case No.    4:24-CV-09104-JST <br><br> ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: March 28, 2025         Signed: /s/ David M. Saunders
                                                          Party

Date: May 1, 2025              Signed: /s/ Michael C. Hendershot
                                                          Attorney

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert rev. 11-2016*