UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COHESITY, INC.,<br>　　　　Plaintiff,<br>　　v.<br>CARTESIAN THEATRE CORP.,<br>　　　　Defendant. | Case No. 24-cv-09104-JST<br><br>**ORDER GRANTING MOTION TO STRIKE; ORDER STRIKING MOTION TO STAY; ORDER TO SHOW CAUSE**<br><br>Re: ECF No. 19, 21 |

　　　　Kipling ("Kip") Warner, on behalf of Defendant Cartesian Theatre Corp., has filed a motion requesting a stay of this case. ECF No. 19. Plaintiff Cohesity, Inc. has moved to strike or deny the motion to stay. ECF No. 21. The Court will grant the motion to strike.

　　　　Cartesian Theatre Corp. is a Canadian corporation based in Vancouver. ECF No. 19 at 4. "A corporation or other artificial entity must be represented by licensed counsel." *Dr. JKL Ltd. v. HPC IT Educ. Ctr.*, 749 F. Supp. 2d 1038, 1046 (N.D. Cal. 2010); *Multi-Denominational Ministry of Cannabis & Rastafari, Inc. v. Holder*, 365 F. App'x 817, 819 (9th Cir. 2010); *see also* Civil L.R. 3-9(b) ("A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court."). Warner recognized in February 2025 that Cartesian Theatre can only appear through an attorney who is admitted to practice before the Court. *See* ECF No. 16 at 2 ("Our Canadian counsel is not licensed to practice law in the United States and the defendant must therefore seek to retain counsel in the United States"). Nonetheless, no attorney has appeared on Defendant's behalf. Mr. Warner is not a licensed attorney.

　　　　Accordingly, Plaintiff's motion to strike is granted and Defendant's motion to stay is

stricken.[1]

Although the summons and complaint were served in December 2024, ECF No. 12, and notwithstanding Cartesian Theatre's recognition that it can only appear through counsel, Cartesian Theatre remains unrepresented.  Because this action cannot proceed until counsel appears on Cartesian Theatre's behalf, the case management conference scheduled for May 13, 2025, is continued to July 15, 2025, at 2:00 p.m.  Updated case management statements are due July 8, 2025.

Cartesian Theatre is ORDERED TO SHOW CAUSE why its default should not be entered for failure to appear.  The Court will conduct a hearing on the order to show case at the July 15 case management conference.  A written response to the order to show cause is due July 1, 2025.  If counsel has appeared for Cartesian Theatre on or before July 8, 2025, the order to show cause will be vacated but the case management conference will proceed as scheduled.

**IT IS SO ORDERED.**

Dated:  May 12, 2025

_____
JON S. TIGAR
United States District Judge

---

[1] The Court does not reach the other arguments in Plaintiff's motion.

2