| | |
|---|---|
| 1 | Kip C.S. Warner |
| 2 | kip@heliosmusic.io |
| 3 | CARTESIAN THEATRE CORP. |
| 4 | 2200 - 1177 West Hastings St |
| 5 | Vancouver, BC |
| 6 | Canada  V6E 2K3 |



FILED

MAY 19 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

*Pro Se Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division: Oakland

| COHESITY, INC., | CASE NO. 4:24-CV-9104-JST |
|---|---|
| Plaintiff, | **NOTICE OF FILING AND REQUEST FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION** |
| v. | |
| CARTESIAN THEATRE CORP., and DOES 1 - 25 | |
| Defendant | Judge Hon. Jon S. Tigar |

Defendant Cartesian Theatre Corp. ("**CT**") respectfully requests leave to file the attached Supplemental Declaration of Kip C.S. Warner and accompanying **Exhibit "A"**. This declaration responds to and clarifies factual assertions raised for the first time in the Declaration of Monique Couture, submitted by Plaintiff Cohesity, Inc. ("**Cohesity**") on May 6, 2025 (ECF No. 24).

In particular, the attached supplemental declaration informs the Court that CT has served its affidavit of documents in the related Canadian proceeding, *Cartesian Theatre Corp. v. Cohesity, Inc.*, Federal Court File No. T-2636-24 (the "**Canadian Proceeding**"), on May 7, 2025. This fact clarifies Couture's assertion that CT has not participated in Canadian discovery, which is no longer current, and supports CT's pending motion to stay (ECF No. 19).

CT submits this procedural update solely to clarify the factual record regarding its discovery obligations and Cohesity's dilatory conduct in the Canadian Proceeding and does not intend this filing to constitute a defense on the merits.

CT respectfully submits that the attached materials are narrowly tailored, materially relevant, and helpful to the Court's evaluation of CT's pending motion to stay this proceeding, and requests that the Court accept them for consideration. Should the Court require a formal motion or further briefing, CT is prepared to submit additional information.

Dated: 8 May, 2025

Respectfully submitted,

By: _____

Kip C.S. Warner

kip@heliosmusic.io

CARTESIAN THEATRE CORP.

2200 - 1177 West Hastings St

Vancouver, BC

Canada  V6E 2K3

*Pro Se Defendant*

**SUPPLEMENTAL DECLARATION OF KIP C.S. WARNER IN SUPPORT OF DEFENDANT CARTESIAN THEATRE CORP.'S MOTION TO STAY**

I, Kipling Conrad Singh Warner, declare as follows:

1. I am the principal, founder, and authorized representative of the Defendant CARTESIAN THEATRE CORP. ("**CT**") in this proceeding. I submit this supplemental declaration in further support of CT's motion to stay (ECF No. 19).

2. The facts set forth herein are based on my personal knowledge or documents maintained by CT in the ordinary course of business. I believe them to be true, and I would competently testify to them if called upon to do so.

3. On May 7, 2025, CT's Canadian counsel served its affidavit of documents on Cohesity, Inc. ("**Cohesity**") in the parallel Canadian proceeding, *Cartesian Theatre Corp. v. Cohesity, Inc.*, Federal Court of Canada File No. T-2636-24 (the "**Canadian Proceeding**"). A true and correct copy of the email confirming service of that affidavit by CT's Canadian counsel is attached as **Exhibit "A"**.

4. CT's affidavit of documents was served pursuant to *Rule 223* of the *Federal Courts Rules*. That rule governs some aspects of documentary discovery in the Federal Court of Canada. CT's service of that affidavit in the Canadian Proceeding demonstrates that CT is actively participating in the discovery process under Canadian procedure.

5. This development further confirms that the Canadian Proceeding is not dormant or speculative, but rather moving forward in a manner consistent with its rules and schedule. CT respectfully submits that this strengthens the rationale for granting a stay in the present matter to avoid duplicative proceedings and to permit the first-filed forum to resolve overlapping issues.

6. As of this writing, CT has not received Cohesity's affidavit of documents pursuant to *Rule* 223 in the Canadian Proceeding, nor any reassurance from Cohesity's Canadian counsel Mesdames Monique Couture and Martha Savoy ("**Cohesity's Canadian Counsel**") on when it will be forthcoming, since the parties formally entered discovery with the closing of pleadings on December 18, 2024.

7. I have read Cohesity's Case Management Statement and Proposed Order of May 6, 2025, in this proceeding. Cohesity's U.S. counsel claims under the heading "Settlement and ADR" that "*the parties have engaged in some settlement discussions but no agreement has been reached to date.*" Counsel's statement is true. However, without disclosing to this Court the substance of those communications, I would like to respectfully add additional information that may be helpful to this Court on that point.

8. It is true that Cohesity has expressed an interest on several occasions in settlement discussions. However, Cohesity's Canadian Counsel's conduct has undermined the ability of the parties to enter candid unmitigated settlement discussions in either the United States or Canada.

9. Cohesity's Canadian Counsel are currently the subject of two regulatory proceedings in Canada before the Law Society of Ontario ("**LSO**") with respect to the aforementioned which I have alleged may constitute professional misconduct. These are for complaints CAS-158914-C5V8M4 and CAS-158915-T3G1B1 for Mesdames Couture and Savoy respectively (the "**Regulatory Complaints**").

10. I submitted these Regulatory Complaints on January 2, 2025, because I understood Cohesity's Canadian Counsel's conduct to have breached settlement privilege in Canada.

Cohesity's Canadian Counsel and US counsel are aware of the Regulatory Complaints and were provided with multiple relevant authorities in support of CT's position, but have not as of yet provided any reassurances that they would comply with the law or take steps to rectify their previous conduct.

11. The authorities provided were *Sable Offshore Energy Inc. v. Ameron International Corp.*, 2013 SCC 37 (CanLII), [2013] 2 SCR, at para 13; David Vaver's *"'Without Prejudice' Communications — Their Admissibility and Effect"* (1974), 9 *U.B.C. L. Rev.* 85 at p. 88; *Cutts v. Head*, [1984] 1 All E.R. 597, at p. 605; *Middelkamp v. Fraser Valley Real Estate Board*, 1992 CanLII 4039 (BC CA); and *B.C. Children's Hospital v. Air Products Canada Ltd.*, 2003 BCCA 177.

12. LSO did not dismiss the Regulatory Complaints. Instead LSO asked to be kept apprised of relevant procedural steps in the Canadian Proceeding relating to their conduct, along with the College of Patent Agents and Trademark Agents inviting the same as well. I have further been advised by LSO that I am not permitted to reproduce LSO's correspondence to me in those investigations before this Court, otherwise I would have.

13. If this proceeding is stayed CT would be more than happy to keep this Court apprised of all material procedural developments in the Canadian Proceeding. In fact, I would hope that this Court makes such an order if a stay were granted.

*[ The remainder of this page is intentionally left blank. ]*

14. I declare under penalty of perjury that the foregoing is true and correct. Executed in Vancouver, British Columbia.

Dated: 8 May, 2025

                                                      Respectfully submitted,

By: _____

Kip C.S. Warner

kip@heliosmusic.io

CARTESIAN THEATRE CORP.

2200 - 1177 West Hastings St

Vancouver, BC

Canada  V6E 2K3

*Pro Se Defendant*

**EXHIBIT A**

# RE: Cartesian Theatre Corp. v. Cohesity, Inc. - Canadian Federal Court File No. T-2636-24

**From:** Polina Furtula <phf@westpointlawgroup.com>
**To:** "Couture, Monique M." <Monique.Couture@gowlingwlg.com>, "Savoy, Martha" <Martha.Savoy@gowlingwlg.com>
**Cc:** mmckeown@jonesday.com <mmckeown@jonesday.com>, Gary Shuster <gary@shuster.com>, legal@cartesiantheatre.com <legal@cartesiantheatre.com>, "Raimer, Anna E." <AERaimer@jonesday.com>, "Kiedrowski, Carrie L." <clkiedrowski@jonesday.com>, "Zeng, Catherine T." <czeng@jonesday.com>
**Date:** Wed, 7 May 2025 21:53:11 +0000 (*05/07/2025 02:53:11 PM*)
**X-Gnd-Status:** LEGIT
**Attachments:** 1

Good afternoon,

Please find attached our client's Affidavit of Documents for service upon you.

**Polina H. Furtula***
Lawyer

Westpoint Law Group
2200 - 1177 W. Hastings Street
Vancouver, BC V6E 2K3

Office:  604.718.6886
Mobile: 604.353.7243
Fax:    604.629.1882
phf@westpointlawgroup.com

Please note: **We do not accept Service via this email or facsimile.** Our service email is service@westpointlawgroup.com. Thank you for your cooperation. The information in the email is sent to you by a lawyer and/or a law firm and is intended to be confidential and for the use of only the individual or entity named above. If you receive this email in error, please notify us immediately by email reply. Thank you.

*Law corporation

**From:** Polina Furtula
**Sent:** March 27, 2025 6:26 PM
**To:** Couture, Monique M. <Monique.Couture@gowlingwlg.com>
**Cc:** Savoy, Martha <Martha.Savoy@gowlingwlg.com>; mmckeown@jonesday.com; Gary Shuster <gary@shuster.com>; legal@cartesiantheatre.com; Raimer, Anna E. <AERaimer@jonesday.com>; Kiedrowski, Carrie L.

<clkiedrowski@jonesday.com>; Zeng, Catherine T. <czeng@jonesday.com>
**Subject:** Cartesian Theatre Corp. v. Cohesity, Inc. - Canadian Federal Court File No. T-2636-24

Monique,

I have instructions to bring a motion to strike para. 33 of the Cohesity, Inc. ("Cohesity") Counterclaim, which states:

33. Indeed, the Defendant by Counterclaim has contacted numerous third parties
with the improper demand that they cease any use of HELIOS or otherwise
pay for a license from the Defendant by Counterclaim and has commenced
infringement proceedings against Cohesity and others in an attempt to secure
an improper monopoly over use of HELIOS for any goods or services, or
otherwise extort a payment.

I am not aware of my client contacting any third party asking them to pay a license fee or that Cohesity pay a license fee as alleged.

If your client has any such information, please provide it as soon as possible, so we may re-evaluate our client's position if necessary and avoid a court application.

I look forward to your response. Please respond by April 4, 2025.

Polina

**Polina H. Furtula***
Lawyer

Westpoint Law Group
2200 - 1177 W. Hastings Street
Vancouver, BC V6E 2K3

Office:  604.718.6886
Mobile: 604.353.7243
Fax:     604.629.1882
phf@westpointlawgroup.com

Please note: **We do not accept Service via this email or facsimile.** Our service email is service@westpointlawgroup.com. Thank you for your cooperation. The information in the email is sent to you by a lawyer and/or a law firm and is intended to be confidential and for the use of only the individual or entity named above. If you receive this email in error, please notify us immediately by email reply. Thank you.

*Law corporation

Attachments

| Name | Size |
|---|---|
| 2025-05-07 Affidavit of Documents.pdf (2025-05-07 Affidavit of Documents.pdf) | 3.5 MB |

## CERTIFICATE OF SERVICE

1. **Case name:** COHESITY, INC. v. CARTESIAN THEATRE CORP., and DOES 1-25

2. **Case number:** 4:24-cv-09104-JST

3. **What documents were served?** Defendant's Notice of Filing and Request for Leave to File Supplemental Declaration of Kip C.S. Warner, including the attached declaration and Exhibit "A".

4. **How were the documents served?** Check one

   ☐ Placed in U.S. Mail

   ☐ Hand-delivered

   ☐ Sent for delivery (e.g., FedEx, UPS)

   ☑ Sent via email (if the other party has agreed to accept serve by email)

   ☑ Sent via fax (if the other party has agreed to accept serve by fax)

5. **Who did you send the documents to?** Michael C. Hendershot by email to mhendershot@jonesday.com and by fax to +1 (650) 739-3900; Catherine T. Zeng by email to czeng@jonesday.com and by fax to +1 (650) 739-3900; and Anna E. Raimer by email to aeraimer@jonesday.com and by fax to +1 (832) 239-3600.

6. **When were the documents sent?** May 8, 2025.

7. **Who served the documents?** Kip Warner.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: *[signature]*

Name:     Kip Warner

Address:  2200 – 1177 West Hastings St, Vancouver, BC, Canada  V6E 2K3