from:
de: Kip Warner
108-2115 Cypress St
Vancouver, BC V6J 3M3
Canada

Other Letter USA
Autre lettre – É.-U.

CANADA POST / POSTES CANADA
Destination: 94612
Date: 2025.05.08
VANCOUVER BC V6J 1Y0
Postage – Port: $7.49 CAD
0.106 Kg
0000000   0103114428   0103406

Do not cover chevron
Ne couvrez pas le chevron

DO NOT BEND
NE PAS PLIER

to:
à: Attn: Clerk of the Court
United States Courthouse
1301 Clay St, Suite 400 S
Oakland, CA 94612
USA

Attn: Judge Tigar
Case No: 4:24-cv-09104-JST