from:
de: Kip Warner
108-2115 Cypress St
Vancouver, BC V6J 3M3
Canada

RECEIVED
MAY 20 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

R: 103105230.103406
Destination: 94612

CANADA POSTES
POST CANADA
Date   Postage – Port
2025.05.05   $4.29 CAD
VANCOUVER BC V6J 1Y0   0.062 Kg
1.0   CANADA
0000000   0103105230   0103406

Other Letter USA
Autre lettre – É.-U.

Do not cover chevron
Ne couvrez pas le chevron

to:
à: Attn: Clerk of the Court
United States Courthouse
1301 Clay St, Suite 400 S
Oakland, CA 94612
USA

Case No: 4:24-cv-09104-JST

Judge Hon. Jon S. Tigar



