GARY SHUSTER, Cal. Bar No. 162379
gary@shuster.com
2301-1228 Marinaside Cr.
Vancouver, British Columbia V6Z 2W4
Canada
Telephone: (604) 417-5002
Facsimile: (559) 272-2222

*Attorney for Defendant Cartesian Theatre Corp.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| COHESITY, INC,<br><br>    Plaintiff,<br><br>v.<br><br>CARTESIAN THEATRE CORP., and DOES 1 - 25,<br><br>    Defendant. | Case No. 4:24-CV-09104-JST<br><br>**DEFENDANT CARTESIAN THEATRE CORP.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

  Defendant Cartesian Theatre Corp. ("CT") discloses that: "Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report".

DATED: July 9, 2025

                By: /s/ Gary S. Shuster
                   2301-1228 Marinaside Cr.
                   Vancouver, BC V6Z 2W4 Canada
                   Telephone: (604) 417- 5002
                   Email: gary@shuster.com

                   Attorney for Defendant Cartesian Theatre Corp.