GARY SHUSTER, Cal. Bar No. 162379
gary@shuster.com
2301-1228 Marinaside Cr.
Vancouver, British Columbia V6Z 2W4
Canada
Telephone: (604) 417-5002
Facsimile: (559) 272-2222

*Attorney for Defendant Cartesian Theatre Corp.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| COHESITY, INC, <br><br> Plaintiffs, <br><br> v. <br><br> CARTESIAN THEATRE CORP., and DOES 1 - 25, <br><br> Defendants. | Case No. 4:24-CV-09104-JST <br><br> **DEFENDANT CARTESIAN THEATRE CORP.'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Cartesian Theatre Corp. discloses that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

.
DATED: July 9, 2025

                                        By: /s/ Gary S. Shuster
                                             2301-1228 Marinaside Cr.
                                             Vancouver, BC V6Z 2W4 Canada
                                             Telephone: (604) 417- 5002
                                             Email: gary@shuster.com

                                             Attorney for Defendant Cartesian Theatre Corp.