UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COHESITY, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CARTESIAN THEATRE CORP.,<br><br>　　　　　　Defendant. | Case No. 24-cv-09104-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Because counsel has only recently appeared on Defendant's behalf, and counsel have apparently not met and conferred regarding a proposed schedule or the issues raised in the parties' respective case management statements, ECF Nos. 29, 32, the case management conference scheduled for July 15, 2025 is continued to July 29, 2025 at 2:00 p.m.  A joint case management statement is due July 22, 2025.

The Court notes that attorney Gary Shuster lists a different address, phone number, and email address on Defendant's case management statement than appear on his California State Bar webpage or the webpage of law firm Coleman & Horowitt, LLP.  Mr. Shuster should clarify at the July 29 conference whether he is affiliated with Coleman & Horowitt and whether that firm has any role in this case.

**IT IS SO ORDERED.**

Dated: July 14, 2025



JON S. TIGAR
United States District Judge