GARY SHUSTER, CSB 162379
gary@shuster.com
2301-1228 Marinaside Cr.
Vancouver, British Columbia V6Z 2W4
Canada
Telephone: (604) 417-5002
Facsimile: (559) 272-2222

*Attorney for Defendant Cartesian Theatre Corp.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COHESITY, INC, <br><br> Plaintiffs, <br><br> v. <br><br> CARTESIAN THEATRE CORP., and DOES 1 - 25, <br><br> Defendants. | Case No. 4:24-CV-09104-JST <br><br> **DEFENDANT CARTESIAN THEATRE CORP.'S NOTICE OF MOTION AND MOTION TO DISMISS [FRCP 12(b)(1), FRCP 12(b)(2), FRCP 12(b)(3), FRCP 12(b)(6)] OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT FRCP 12(e) OR IN THE ALTERNATIVE FOR A STAY OR IN THE ALTERNATIVE TO STRIKE, FRCP 12(e)** <br><br> **Complaint filed: December 17, 2024** <br><br> **Date: September 11, 2025** <br> **Time: 2:00 p.m.** <br> **Place: Courtroom 6 (Via Video Conference)** <br> **Judge: Hon. Jon. S. Tigar** |

/ / /

/ / /

/ / /

/ / /

/ / /

1  TO: Plaintiff Cohesity, Inc. and their attorneys of record:
2  NOTICE IS GIVEN that Defendant Cartesian Theatre ("CT") will and does, on September 11,
3  2025 at 2:00 pm in Courtroom 6 (via video conference) or as soon thereafter as the Court permits, at
4  Oakland Courthouse, Courtroom 6 – 2nd Floor, 1301 Clay Street, Oakland, CA 94612 move for
5  an order dismissing the Complaint in this action, on the grounds that (a) Jurisdiction does not exist
6  under 28 U.S.C. §§ 2201 and 2202 or Article III, Section 2 as there is no actual controversy for
7  Declaratory Judgment Act purposes, and no case or controversy for Article III purposes (Federal
8  Rules of Civil Procedure ("FRCP") 12(b)(1));  (b) there is no personal jurisdiction over Cartesian
9  Theatre Corp. ("CT") (FRCP 12(b)(2)); (c) there is no proper venue for a Canadian corporation with
10 a principal unable to travel to the United States for trial (FRCP 12(b)(3)); (d) the allegations fail to
11 state a claim upon which relief can be granted (FRCP 12(b)(6)); (e) forum non-conveniens requires
12 dismissal of the complaint; and in addition, or in the alternative, that (f) a more definite statement is
13 required as to paragraphs 1, 2, 4, 15, 16, 18, 29, 33, 35, and the prayer for relief of the Complaint;
14 and (g) paragraphs 2, 5, 14, 15, and 33 should be ignored and/or stricken (FRCP 12(f)) for non-
15 compliance with FRCP 9's heightened pleading standards. We also move that the Court not exercise
16 its discretion to hear the declaratory relief action, or in the alternative stay the case pending resolution
17 of the concurrently pending case in Federal Court of Canada, *Cartesian Theatre Corp. v Cohesity,*
18 *Inc.*, Court No T-2636-24.
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

The motion is based upon this Notice and Motion, the Memorandum of Points and Authorities in support thereof, on the Declaration Of Kipling Warner In Support Of Motion To Dismiss And Motion To Stay, the Declaration of Polina Furtula, the documents appended to the declarations, the pleadings, records, and files in this action, and on such further oral and documentary evidence as may be presented at the hearing of the motion..

.

DATED: July 27, 2025                    GARY SHUSTER

By: /s/ Gary S. Shuster

    2301-1228 Marinaside Crescent
    Vancouver BC V6Z 2W4
    Canada
    Attorneys for Cartesian Theatre