GARY SHUSTER, CSB 162379
gary@shuster.com
2301-1228 Marinaside Cr.
Vancouver, British Columbia V6Z 2W4
Canada
Telephone: (604) 417-5002
Facsimile: (559) 272-2222

*Attorney for Defendant Cartesian Theatre Corp.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COHESITY, INC, <br><br> Plaintiffs, <br><br> v. <br><br> CARTESIAN THEATRE CORP., and DOES 1 - 25, <br><br> Defendants. | Case No. 4:24-CV-09104-JST <br><br> **[PROPOSED] ORDER ON MOTION TO DISMISS OR IN THE ALTERNATIVE FOR A STAY, FOR A MORE DEFINITE STATEMENT, OR TO STRIKE** <br><br> **Date: September 11, 2025** <br> **Time: 2:00 p.m.** <br> **Place: Courtroom 6 (Via Video Conference)** <br> **Judge: Hon. Jon. S. Tigar** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      Defendant Cartesian Theatre's ("CT") motion to dismiss the Complaint on the basis that (a)
3  Jurisdiction does not exist under 28 U.S.C. §§ 2201 and 2202 or Article III, Section 2 as there is no
4  actual controversy for Declaratory Judgment Act purposes, and no case or controversy for Article
5  III purposes (Federal Rules of Civil Procedure ("FRCP") 12(b)(1));  (b) there is no personal
6  jurisdiction over Cartesian Theatre Corp. ("CT") (FRCP 12(b)(2)); (c) there is no proper venue for
7  a Canadian corporation with a principal unable to travel to the United States for trial (FRCP
8  12(b)(3)); and the allegations fail to state a claim upon which relief can be granted (FRCP 12(b)(6))
9  came on regularly for hearing before this Court on _____ ____, 2025.

10      Having considered the moving and opposition papers, arguments, and all other matters
11  presented to the Court, the Court finds that:

12

13  There [is a] [is no] case or controversy for purposes of Article III jurisdiction.

14

15  There [is a] [is no] actual controversy for purposes of the Declaratory Judgment Act. FRCP 12(b)(1).

16

17  The Court [does] [does not] exercise its discretion to hear the matter under the Declaratory Judgment
18  Act.

19

20  The Court finds that there [is] [is not] [is a need for limited jurisdictional discovery prior to
21  determining whether there is] [is a need for an evidentiary hearing prior to determining whether there
22  is] personal jurisdiction over Defendant Cartesian Theatre Corp. FRCP 12(b)(2).

23

24  There [is] [is not] proper venue. FRCP 12(b)(3).

25

26  The matter [is] [is not] dismissed pursuant to forum non-conveniens.

27

28

1  Paragraphs 2, 5, 14, 15, and 33 [are] [are not] required to be pled pursuant to the standards of FRCP
2  9(b). Those paragraphs [are] [are not] disregarded. The remaining allegations [fail to state] [do state]
3  a claim upon which relief can be granted. FRCP 12(b)(6). Paragraphs 2, 5, 14, 15, and 33 are [to be
4  ignored for non-compliance with FRCP 9] [stricken] [subject only to FRCP 8's pleading
5  requirements].

7  A more definite statement [is] [is not] ordered as to paragraphs 1, 2, 4, 15, 16, 18, 29, 33, 35, and
8  the prayer for relief.

10  Leave to amend [is] [is not] granted.

12  This case [is] [is not] stayed pending resolution of the concurrently pending case in Federal Court
13  of Canada, *Cartesian Theatre Corp. v Cohesity, Inc.*, Court No T-2636-24 or further order of this
14  Court.

16       .
17   Dated: _____        _____
18                                              HON. JUDGE JON S. TIGAR
19                                              UNITED STATES DISTRICT JUDGE