Michael C. Hendershot (State Bar No. 211830)
mhendershot@jonesday.com
Catherine T. Zeng (State Bar No. 251231)
czeng@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: +1.650.739.3939
Facsimile: +1.650.739.3900

Anna E. Raimer (State Bar No. 234794)
aeraimer@jonesday.com
JONES DAY
717 Texas Avenue, Suite 3300
Houston, TX 77002
Telephone: +1.832.239.3939
Facsimile: +1.832.239.3600

*Attorneys for Plaintiff Cohesity, Inc.*

Gary Shuster (State Bar No. 162379)
gary@shuster.com
2301-1228 Marinaside Cr.
Vancouver, British Columbia V6Z 2W4
Canada
Telephone: (604) 417-5002
Facsimile: (559) 272-2222

*Attorney for Defendant Cartesian Theatre Corp.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| COHESITY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CARTESIAN THEATRE CORP., and DOES 1 – 25,<br><br>Defendants. | Case No. 4:24-CV-09104-JST<br><br>**JOINT STIPULATION ON JURISDICTIONAL DISCOVERY AND EXTENSION OF BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS COMPLAINT (ECF NO. 37) AND [PROPOSED] ORDER** |

1  Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiff Cohesity, Inc. ("Cohesity" or "Plaintiff") and Defendant Cartesian Theatre Corp. ("CT" or "Defendant") (collectively, the "Parties"), through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Defendant filed a motion to dismiss (ECF No. 37) on July 27, 2025, making Plaintiff's opposition brief due August 11, 2025, and Defendant's reply brief due August 18, 2025;

WHEREAS, the hearing on Defendant's motion to dismiss is currently scheduled for September 11, 2025 at 2:00 pm by videoconference;

WHEREAS, Defendant's motion to dismiss challenges personal jurisdiction under Fed. R. Civ. P. 12(b)(2) and subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1), among other things;

WHEREAS, the Court entered a scheduling order (ECF No. 39) on July 30, 2025 setting other case deadlines;

WHEREAS, the Parties have agreed that jurisdictional discovery should be conducted prior to further briefing on Defendant's motion to dismiss to allow the parties to develop a full record for the Court to assess whether it can exercise personal and subject matter jurisdiction over Defendant;

WHEREAS, the Parties agree that an extension of time for Plaintiff to respond to Defendant's motion to dismiss and for Defendant to reply in support of its motion to dismiss is necessary to ensure that evidence collected from jurisdictional discovery may be taken into account in further briefing;

WHEREAS, the Parties agree that the hearing on Defendant's motion to dismiss should be continued accordingly;

WHEREAS, good cause exists to grant the Parties' request for jurisdictional discovery and for an extension of time on the briefing schedule for Defendant's motion to dismiss (ECF No. 37), because it will allow the Parties to develop a full record on which this Court can assess whether it has personal and subject matter jurisdiction over Defendant;

NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND JOINTLY REQUESTED by the Parties, through their respective attorneys, that:

1. The Parties will conduct discovery on evidence and facts relevant to the issue of this Court's ability to exercise personal jurisdiction over Defendant in this case and regarding subject matter jurisdiction;

2. Both parties will respond to any discovery requests relevant to the issues of personal and subject matter jurisdiction by no later than the later of 7 days after receipt of such requests or August 15, 2025;

3. Plaintiff may take the deposition of Defendant's principal and founder Kip Warner as part of and limited to jurisdictional discovery, should Plaintiff determine such a deposition is necessary after reviewing Defendant's produced documents, and such deposition shall occur by no later than August 29, 2025;

4. Defendant's cooperation and participation in jurisdictional discovery does not constitute a waiver of, nor prejudice in any manner, its arguments, defenses, or motion regarding lack of personal or subject matter jurisdiction;

5. The deadline for Plaintiff to file its brief in opposition to Defendant's motion to dismiss (ECF No. 37) shall be extended to September 15, 2025, and Defendant's deadline to file its reply in support of its motion to dismiss shall be extended to September 29, 2025, and Defendant shall be permitted to submit evidence obtained from Plaintiff during jurisdictional discovery and relevant to Plaintiff's Opposition in Defendant's Reply brief;

6. The hearing on Defendant's motion to dismiss (ECF No. 37) shall be continued to Thursday, October 23, 2025, at 2:00 pm PT by videoconference; and

7. All remaining case deadlines shall remain as set in the Court's July 30, 2025 Scheduling Order (ECF No. 39).

Dated: August 6, 2025

Respectfully submitted,

JONES DAY

By: /s/ Michael C. Hendershot
Michael C. Hendershot

*Attorney for Plaintiff Cohesity, Inc.*

Dated: August 6, 2025

By: */s/ Gary Shuster*
Gary Shuster

*Attorney for Defendant Cartesian Theatre Corp.*

# FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 6, 2025

By: */s/ Michael C. Hendershot*
Michael C. Hendershot

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 7, 2025

The Honorable Jon S. Tigar
United States District Judge