Michael C. Hendershot (State Bar No. 211830)
mhendershot@jonesday.com
Catherine T. Zeng (State Bar No. 251231)
czeng@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: +1.650.739.3939
Facsimile: +1.650.739.3900

Anna E. Raimer (State Bar No. 234794)
aeraimer@jonesday.com
JONES DAY
717 Texas Avenue, Suite 3300
Houston, TX 77002
Telephone: +1.832.239.3939
Facsimile: +1.832.239.3600

*Attorneys for Plaintiff Cohesity, Inc.*

Gary Shuster (State Bar No. 162379)
gary@shuster.com
2301-1228 Marinaside Cr.
Vancouver, British Columbia V6Z 2W4
Canada
Telephone: (604) 417-5002
Facsimile: (559) 272-2222

*Attorney for Defendant Cartesian Theatre Corp.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| COHESITY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CARTESIAN THEATRE CORP., and DOES 1 – 25, <br><br> Defendants. | Case No. 4:24-CV-09104-JST <br><br> **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

1 | Further to the Court's July 30, 2025 Scheduling Order (ECF No. 39) and the ADR Local Rules, counsel report that they have met and conferred regarding ADR and have agreed to participate in a private mediation by or before the October 17, 2025 ADR deadline set forth in the Court's Scheduling Order.

Dated: August 7, 2025

Respectfully submitted,

JONES DAY

By: */s/ Michael C. Hendershot*
Michael C. Hendershot

*Attorney for Plaintiff Cohesity, Inc.*

Dated: August 7, 2025

By: */s/ Gary Shuster*
Gary Shuster

*Attorney for Defendant Cartesian Theatre Corp.*

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 7, 2025

By: */s/ Michael C. Hendershot*
Michael C. Hendershot

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____          _____
                                                                                  The Honorable Jon S. Tigar
                                                                                  United States District Judge