1 | Michael C. Hendershot (State Bar No. 211830)
    mhendershot@jonesday.com
2 | Catherine T. Zeng (State Bar No. 251231)
    czeng@jonesday.com
3 | JONES DAY
    1755 Embarcadero Road
4 | Palo Alto, CA 94303
    Telephone: +1.650.739.3939
5 | Facsimile:  +1.650.739.3900

6 | Anna E. Raimer (State Bar No. 234794)
    aeraimer@jonesday.com
7 | JONES DAY
    717 Texas Avenue, Suite 3300
8 | Houston, TX 77002
    Telephone: +1.832.239.3939
9 | Facsimile:  +1.832.239.3600

10 | *Attorneys for Plaintiff Cohesity, Inc.*

Gary Shuster (State Bar No. 162379)
gary@shuster.com
2301-1228 Marinaside Cr.
Vancouver, British Columbia V6Z 2W4
Canada
Telephone: (604) 417-5002
Facsimile: (559) 272-2222

*Attorney for Defendant Cartesian Theatre Corp.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| COHESITY, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARTESIAN THEATRE CORP., and DOES 1 – 25,<br><br>　　　　Defendants. | Case No. 4:24-CV-09104-JST<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER SELECTING ADR PROCESS** |

Further to the Court's July 30, 2025 Scheduling Order (ECF No. 39) and the ADR Local Rules, counsel report that they have met and conferred regarding ADR and have agreed to participate in a private mediation by or before the October 17, 2025 ADR deadline set forth in the Court's Scheduling Order.

Dated: August 7, 2025

Respectfully submitted,

JONES DAY

By: /s/ Michael C. Hendershot
    Michael C. Hendershot

*Attorney for Plaintiff Cohesity, Inc.*

Dated: August 7, 2025

By: /s/ Gary Shuster
    Gary Shuster

*Attorney for Defendant Cartesian Theatre Corp.*

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 7, 2025

By: /s/ Michael C. Hendershot
    Michael C. Hendershot

|  |  |
|---|---|
| 1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** |

Dated: August 8, 2025

_____
The Honorable Jon S. Tigar
United States District Judge