1  Michael C. Hendershot (State Bar No. 211830)
   mhendershot@jonesday.com
2  Catherine T. Zeng (State Bar No. 251231)
   czeng@jonesday.com
3  JONES DAY
   1755 Embarcadero Road
4  Palo Alto, CA 94303
   Telephone: +1.650.739.3939
5  Facsimile:  +1.650.739.3900

6  Anna E. Raimer (State Bar No. 234794)
   aeraimer@jonesday.com
7  JONES DAY
   717 Texas Avenue, Suite 3300
8  Houston, TX 77002
   Telephone: +1.832.239.3939
9  Facsimile:  +1.832.239.3600

10 *Attorneys for Plaintiff Cohesity, Inc.*

11                     **UNITED STATES DISTRICT COURT**

12                     **NORTHERN DISTRICT OF CALIFORNIA**

13                              **OAKLAND DIVISION**

14

15 | COHESITY, INC., | Case No. 4:24-CV-09104-JST |
|---|---|
16 | Plaintiff, | **COHESITY, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
17 | v. | |
18 | CARTESIAN THEATRE CORP., and DOES 1 – 25, | |
19 | | |
20 | Defendants. | |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff Cohesity, Inc. ("Cohesity") moves this Court to consider whether another party's material should be sealed. Pursuant to Civil Local Rule 79-5(f), Cohesity identifies the following as containing information that has either been designated by Defendant Cartesian Theatre Corp. ("CT") under the Protective Order (ECF No. 46), or that CT may consider to be confidential.

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit C to the Declaration of Anna E. Raimer (the "Raimer Declaration") In Support of Cohesity's Opposition to Defendant's Motion to Dismiss, Or In The Alternative For a More Definite Statement, for a Stay, or to Strike (ECF No. 37) | Redacted portions at 42:10-43:2, 44:22, 45:5-7, 87:5, 87:8, 87:15, 87:23, 89:11-12, 95:17, 109:8-11, 109:21-22, 110:2-3, 113:12-16, 114:22-25, 115:13-16, 117:18-19, 122:10-19, 123:22-24, 124:9-10, 124:15-125:21, 175:12, and 175:24. | CT |
| Exhibit H to the Raimer Declaration | Entirety | CT |
| Exhibit K to the Raimer Declaration | Entirety | CT |
| Exhibit P to the Raimer Declaration | Entirety | CT |
| Exhibit R to the Raimer Declaration | Entirety | CT |
| Exhibit T to the Raimer Declaration | Entirety | CT |
| Exhibit U to the Raimer Declaration | Entirety | CT |
| Exhibit V to the Raimer Declaration | Entirety | CT |
| Exhibit W to the Raimer Declaration | Entirety | CT |

In compliance with Civil Local Rule 79-5(d), unredacted versions of the above listed documents accompany this Administrative Motion. Pursuant to Civil Local Rule 79-5(f), Cohesity expects CT, as the Designating Party, will file a declaration in support of this Administrative Motion.

Dated: September 15, 2025

Respectfully submitted,

JONES DAY

By: /s/ Michael C. Hendershot
    Michael C. Hendershot, Esq.

*Attorney for Plaintiff Cohesity, Inc.*