1  Michael C. Hendershot (State Bar No. 211830)
   mhendershot@jonesday.com
2  Catherine T. Zeng (State Bar No. 251231)
   czeng@jonesday.com
3  JONES DAY
   1755 Embarcadero Road
4  Palo Alto, California  94303
   Telephone:     +1.650.739.3939
5  Facsimile:     +1.650.739.3900

6  Anna E. Raimer (State Bar No. 234794)
   aeraimer@jonesday.com
7  JONES DAY
   717 Texas Avenue, Suite 3300
8  Houston, TX 77002
   Telephone: +1.832.239.3939
9  Facsimile: +1.832.239.3600

10

   *Attorneys for Plaintiff Cohesity, Inc.*
11

12                 **UNITED STATES DISTRICT COURT**

13                 **NORTHERN DISTRICT OF CALIFORNIA**

14                          **OAKLAND DIVISION**

15

16  COHESITY, INC.,                          Case No. 24-CV-09104-JST

17              Plaintiff,

18       v.                                  **PROOF OF SERVICE
                                             OF UNDER SEAL DOCUMENTS**
19  CARTESIAN THEATRE CORP., and
    DOES 1 – 25
20
                Defendants.
21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I, Pamela Walter, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. On September 15, 2025, I served a copy of the within document(s):

- Exhibits C, H, K, P, R, T, U, V, W to the Declaration of Anna E. Raimer in Support of Plaintiff Cohesity, Inc.'s Opposition to Defendant's Motion to Dismiss, or in the Alternative for a More Definite Statement, for a Stay, or to Strike (ECF No. 37) (Under Seal)

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Gary Shuster
gary@shuster.com
2301-1228 Marinaside Cr.
Vancouver, British Columbia V6Z 2W4
Canada
Telephone: (604) 417-5002
Facsimile: (559) 272-2222

*Attorney for Defendant Cartesian Theatre Corp.*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 15, 2025, at San Francisco, California.

_____
Pamela Walter