Michael C. Hendershot (State Bar No. 211830)
mhendershot@jonesday.com
Catherine T. Zeng (State Bar No. 251231)
czeng@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: +1.650.739.3939
Facsimile:  +1.650.739.3900

Anna E. Raimer (State Bar No. 234794)
aeraimer@jonesday.com
JONES DAY
717 Texas Avenue, Suite 3300
Houston, TX 77002
Telephone: +1.832.239.3939
Facsimile:  +1.832.239.3600

*Attorneys for Plaintiff Cohesity, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| COHESITY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CARTESIAN THEATRE CORP., and DOES 1 – 25, <br><br> Defendants. | Case No. 4:24-CV-09104-JST <br><br> **DECLARATION OF CARRIE L. KIEDROWSKI IN SUPPORT OF PLAINTIFF COHESITY, INC.'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE FOR A MORE DEFINITE STATEMENT, FOR A STAY, OR TO STRIKE (ECF NO. 37)** |

I, Carrie L. Kiedrowski, hereby declare as follows:

1. I am a partner with the law firm Jones Day and U.S. trademark portfolio counsel for plaintiff Cohesity, Inc. ("Cohesity"). I am a member in good standing of the State Bars of Ohio and Georgia. I make this declaration in support of Cohesity's opposition to Defendant Cartesian Theatre Corp.'s ("CT") motion to dismiss or in the alternative for a more definite statement, for a stay, or to strike (ECF No. 37). The facts and information contained in this declaration are known to me personally.

2. On September 5, 2024, I participated in a Zoom conference call with CT's founder, Kipling Warner, and Cohesity's Canadian trademark counsel, Monique M. Couture, from the Canadian law firm Gowling GLG. Ms. Couture handled the scheduling of the call with me and Mr. Warner. A true and correct copy of a September 4, 2024 email from Mr. Warner to Ms. Couture confirming his availability for the call on September 5, 2024 is attached hereto as **Exhibit A**. After coordinating everyone's schedules, Ms. Couture circulated a calendar invitation to me and Mr. Warner that included a Zoom link to join the September 5, 2024 call. A copy of this calendar invitation is attached hereto as **Exhibit B**.

3. On the September 5, 2024 call with Mr. Warner and Ms. Couture, Ms. Couture explained that the purpose of the call was to learn more about what rights Mr. Warner believes CT owns in the HELIOS mark in the United States and Canada and to better understand his licensing proposal to Cohesity. Given that CT had filed its U.S. trademark application for HELIOS (Serial No. 98/724,373) on August 29, 2024, just a few days prior to the September 5, 2024 call, I asked Mr. Warner about the March 25, 2016 alleged first use in commerce date for the Class 9 software products and the November 29, 2021 alleged first use in commerce date for the Class 42 software services that CT asserted in CT's U.S. trademark application. In response, Mr. Warner claimed to have documentation and "ready to file" affidavits to support the first use in commerce dates that CT asserted in its U.S. trademark application for HELIOS.

4. Mr. Warner also stated during the September 5, 2024 call that he believes Cohesity is infringing CT's rights in the HELIOS mark but preferred a "honey to vinegar" approach, as in

his view, this is a problem that can be solved "on a win-win basis, with no need for an adversarial approach." He further stated that he viewed this dispute as a potentially huge problem for Cohesity since Cohesity is "trying to go public right now" and this dispute "could be catastrophic" for Cohesity going public.

  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

  Executed on the 15th of September 2025, in Cleveland, Ohio.

_____
Carrie L. Kiedrowski

# Exhibit A

| | |
|---|---|
| **From:** | Kip Warner <kip@heliosmusic.io> |
| **Sent:** | Wednesday, September 4, 2024 7:27 PM |
| **To:** | Couture, Monique M. |
| **Cc:** | Gibbons, Karen; legal@cartesiantheatre.com |
| **Subject:** | Re: Cohesity |

This message originated from outside of Gowling WLG. | Ce message provient de l'extérieur de Gowling WLG.

On Wed, 2024-09-04 at 22:23 +0000, Couture, Monique M. wrote:
> Dear Kip,

Hey Monique,

> Thank you for your below.
>
> Let's do 10:30AM tomorrow.  My instructing counsel Carrie L.
> Kiedrowski has just advised me that she would like to join the call.
>
> Please tell me if you prefer a call, or a Zoom / Teams link.  I am
> agnostic, it is entirely as you prefer.
>
> I look forward to speaking tomorrow.

No problem. Video is fine. Zoom tends to work better on my workstation than Teams for some reason. I'll be working from home tomorrow.

See you tomorrow 0730 AM PST / 1030AM EST. Send calendar invite when ready.

--
Kip Warner -- Founder
Cartesian Theatre Corp.
https://urldefense.com/v3/__https://www.heliosmusic.io__;!!K_MlPo8izw!OdUVdREc-jpj7rZTynU3TDYAdjXITyH8FQ6eSRCWDeGSQaIgqep1hRvs2c4awxrxGr4d9AhaEqCfC0DlPk8PF-I$

1

# Exhibit B



103.122.166.55 (Australia Sydney)
103.122.167.55 (Australia Melbourne)
209.9.211.110 (Hong Kong SAR)
64.211.144.160 (Brazil)
159.124.168.213 (Canada Toronto)
65.39.152.160 (Canada Vancouver)
207.226.132.110 (Japan Tokyo)
149.137.24.110 (Japan Osaka)
Meeting ID: 859 9013 3871
Password: 721530

---

Monique Couture vous invite à une réunion Zoom planifiée.

Participer à la réunion Zoom
https://gowlingwlgca.zoom.us/j/85990133871?pwd=qGjN1IJZZazDQ3O7SbQzl4qvO588Yi.1

Mot de passe : 721530

Une seule touche sur l'appareil mobile
+15873281099,,85990133871# Canada
+16473744685,,85990133871# Canada

Composez un numéro en fonction de votre emplacement
    +1 587 328 1099 Canada
    +1 647 374 4685 Canada
    +1 647 558 0588 Canada
    +1 778 907 2071 Canada
    +1 780 666 0144 Canada
    +1 204 272 7920 Canada
    +1 438 809 7799 Canada
    833 955 1088 Canada Numéro gratuit
    833 958 1164 Canada Numéro gratuit
    855 703 8985 Canada Numéro gratuit
    +1 301 715 8592 US (Washington DC)
    +1 305 224 1968 US
    +1 309 205 3325 US
    +1 312 626 6799 US (Chicago)
    +1 346 248 7799 US (Houston)
    +1 360 209 5623 US
    +1 386 347 5053 US
    +1 507 473 4847 US
    +1 564 217 2000 US
    +1 646 876 9923 US (New York)
    +1 646 931 3860 US
    +1 669 444 9171 US
    +1 669 900 6833 US (San Jose)
    +1 689 278 1000 US
    +1 719 359 4580 US
    +1 253 205 0468 US
    +1 253 215 8782 US (Tacoma)
    833 928 4608 US Numéro gratuit
    833 928 4609 US Numéro gratuit
    833 928 4610 US Numéro gratuit
    877 853 5247 US Numéro gratuit
    888 788 0099 US Numéro gratuit
    833 548 0276 US Numéro gratuit
    833 548 0282 US Numéro gratuit
    +44 203 481 5240 United Kingdom
    +44 203 901 7895 United Kingdom
    +44 208 080 6591 United Kingdom
    +44 208 080 6592 United Kingdom
    +44 330 088 5830 United Kingdom
    +44 131 460 1196 United Kingdom
    +44 203 481 5237 United Kingdom
    0 800 260 5801 United Kingdom Numéro gratuit
    0 800 358 2817 United Kingdom Numéro gratuit
    0 800 456 1369 United Kingdom Numéro gratuit
    0 800 031 5717 United Kingdom Numéro gratuit
    800 035 704 555 United Arab Emirates Numéro gratuit
    800 035 704 584 United Arab Emirates Numéro gratuit
    800 0491 0899 United Arab Emirates Numéro gratuit
    800 035 704 239 United Arab Emirates Numéro gratuit
ID de réunion : 859 9013 3871
Mot de passe : 721530
Trouvez votre numéro local : https://gowlingwlgca.zoom.us/u/klAHUzHl3

Participer à l'aide d'un protocole SIP
85990133871@zoomcrc.com

Participer à l'aide d'un protocole H.323
162.255.37.11 (US West)
162.255.36.11 (US East)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)
213.19.144.110 (Amsterdam Netherlands)
213.244.140.110 (Germany)
103.122.166.55 (Australia Sydney)
103.122.167.55 (Australia Melbourne)
209.9.211.110 (Hong Kong SAR)
64.211.144.160 (Brazil)
159.124.168.213 (Canada Toronto)
65.39.152.160 (Canada Vancouver)
207.226.132.110 (Japan Tokyo)
149.137.24.110 (Japan Osaka)
Mot de passe : 721530
ID de réunion : 859 9013 3871

The information in this email is intended only for the named recipient and may be privileged or confidential. If you are not the intended recipient please notify us immediately and do not copy, distribute or take action based on this email. If this email is marked 'personal' Gowling WLG is not liable in any way for its content. E-mails are susceptible to alteration. Gowling WLG shall not be liable for the message if altered, changed or falsified.

Gowling WLG (Canada) LLP is a member of Gowling WLG, an international law firm which consists of independent and autonomous entities providing services around the world. Our structure is explained in more detail at www.gowlingwlg.com/legal.

References to 'Gowling WLG' mean one or more members of Gowling WLG International Limited and/or any of their affiliated businesses as the context requires. Gowling WLG (Canada) LLP has offices in Montréal, Ottawa, Toronto, Hamilton, Waterloo Region, Calgary and Vancouver.