Michael C. Hendershot (State Bar No. 211830)
mhendershot@jonesday.com
Catherine T. Zeng (State Bar No. 251231)
czeng@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: +1.650.739.3939
Facsimile: +1.650.739.3900

Anna E. Raimer (State Bar No. 234794)
aeraimer@jonesday.com
JONES DAY
717 Texas Avenue, Suite 3300
Houston, TX 77002
Telephone: +1.832.239.3939
Facsimile: +1.832.239.3600

*Attorneys for Plaintiff Cohesity, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| COHESITY, INC., | Case No. 4:24-CV-09104-JST |
| Plaintiff, | **[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE FOR A MORE DEFINITE STATEMENT, FOR A STAY, OR TO STRIKE (ECF NO. 37) AND GRANTING PLAINTIFF COHESITY, INC.'S REQUEST FOR JUDICIAL NOTICE** |
| v. | |
| CARTESIAN THEATRE CORP., and DOES 1 – 25, | |
| Defendants. | |

1    Having considered Defendant Cartesian Theatre Corp.'s ("CT" or "Defendant") Motion to

2   Dismiss, Or In The Alternative For A More Definite Statement, For a Stay, Or To Strike (ECF No.

3   37) (the "Motion"), Plaintiff Cohesity, Inc.'s ("Cohesity" or "Plaintiff") Opposition to CT's

4   Motion, CT's Reply, all papers filed in connection therewith, and the arguments of counsel, **THE**

5   **COURT DENIES DEFENDANT'S MOTION.**

6    This Court has subject matter jurisdiction over Cohesity's declaratory judgment of non-

7   infringement claim because Cohesity has a reasonable apprehension of suit in the United States.

8   The factors set forth in *Brillhart v. Excess Ins. Co.*, 316 U.S. 491 (1942) and the Ninth Circuit's

9   additional considerations support the exercise of jurisdiction.  Therefore, CT's 12(b)(1) motion to

10   dismiss is DENIED.

11    CT waived personal jurisdiction when it appeared and failed to file a timely Answer or

12   Motion to Dismiss.  Even if CT did not waive its personal jurisdiction defense, there is specific

13   personal jurisdiction over CT.  CT purposefully directed its activities to the forum and purposefully

14   availed itself of the forum, Cohesity's declaratory judgment claim arises out of CT's contacts with

15   the forum, and the exercise of jurisdiction is not unreasonable.  [Alternatively, the Court has

16   specific personal jurisdiction over CT under Federal Rule of Civil Procedure 4(k)(2), the federal

17   long-arm statute.]  Therefore, CT's 12(b)(2) Motion to Dismiss for lack of personal jurisdiction is

18   DENIED.

19    CT's alternative request for a stay is also DENIED.

20    Venue is proper in this District because CT is a foreign entity that is subject to personal

21   jurisdiction in California and therefore is deemed to "reside" in this District (28 U.S.C. §

22   1391(b)(1), (b)(3)), and "a substantial part of the events . . . giving rise to the claim occurred" in

23   this District.  28 U.S.C. § 1391(b)(2).  CT has also failed to meet its burden to show that the action

24   should be dismissed based on the doctrine of forum non conveniens.  Therefore, CT's 12(b)(3)

25   motion to dismiss for improper venue and motion to dismiss based on the doctrine of forum non

26   conveniens is DENIED.

27    Due process also does not require dismissal.

28

- 2 -    [PROPOSED] ORDER DENYING DEF.'S MOTIONS (ECF
NO. 37) AND GRANTING REQ. FOR JUDICIAL NOTICE,
CASE NO. 4:24-CV-09104-JST

1    Cohesity's declaratory judgment of non-infringement claim is sufficiently pled.  CT's

2    alternative motion for a more definite statement or to strike certain paragraphs is DENIED.

3    In addition, having read and considered Cohesity's Request for Judicial Notice In Support

4    of Its Opposition to the Motion, the Court hereby **GRANTS** the Request in its entirety and takes

5    judicial notice of the facts contained therein.

6

7    **IT IS SO ORDERED.**

8

9

Dated:  _____          _____
10                                        The Honorable Jon S. Tigar
                                          United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DENYING DEF.'S MOTIONS (ECF
NO. 37) AND GRANTING REQ. FOR JUDICIAL NOTICE,
CASE NO. 4:24-CV-09104-JST