Michael C. Hendershot (State Bar No. 211830)
mhendershot@jonesday.com
Catherine T. Zeng (State Bar No. 251231)
czeng@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, California  94303
Telephone:     +1.650.739.3939
Facsimile:     +1.650.739.3900

Anna E. Raimer (State Bar No. 234794)
aeraimer@jonesday.com
JONES DAY
717 Texas Avenue, Suite 3300
Houston, TX 77002
Telephone: +1.832.239.3939
Facsimile:  +1.832.239.3600

*Attorneys for Plaintiff Cohesity, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| COHESITY, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>CARTESIAN THEATRE CORP., and DOES 1 – 25<br><br>        Defendants. | Case No. 24-CV-09104-JST<br><br>**PLAINTIFF COHESITY, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS OPPOSITION TO DEFENDANT CARTESIAN THEATRE CORP.'S MOTION TO DISMISS (ECF NO. 37)** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Evidence 201 and in support of its concurrently filed Opposition to Cartesian Theatre Corp. ("CT")'s Motion to Dismiss, Plaintiff Cohesity, Inc. ("Cohesity") respectfully requests the Court take judicial notice of the following facts:

1. Cohesity is headquartered in Santa Clara, California. *See* https://www.cohesity.com/contact/; https://www.cohesity.com/careers/office-locations/; https://bizfileonline.sos.ca.gov/search/business (a search for "Cohesity, Inc." or file no. 3585278 shows principal and mailing address in Santa Clara, California).

2. Intel Corporation ("Intel") is headquartered in Santa Clara, California. *See* https://www.intel.com/content/www/us/en/corporate-responsibility/intel-in-california.html; https://bizfileonline.sos.ca.gov/search/business (a search for "Intel Corporation" or file no. 1636032 shows principal and mailing address in Santa Clara, California); https://www.intc.com/filings-reports/annual-reports##document-5752-0000050863-25-000009-2.

3. NVIDIA Corporation ("NVIDIA") is headquartered in Santa Clara, California. *See* https://www.nvidia.com/en-us/contact/; https://bizfileonline.sos.ca.gov/search/business (a search for "NVIDIA Corporation" or file no. 2083071 shows principal address in Santa Clara, California and mailing address in San Jose, California); https://investor.nvidia.com/financial-info/sec-filings/sec-filings-details/default.aspx?FilingId=18226262.

4. SiFive, Inc. ("SiFive") is headquartered in Santa Clara, California. *See* https://www.sifive.com/locations; https://bizfileonline.sos.ca.gov/search/business (a search for "SiFive, Inc." or file no. 3818476 shows principal and mailing address in Santa Clara, California).

5. The OpenPOWER Foundation is headquartered in San Francisco, California. *See* https://openpowerfoundation.org/contact/; https://openpowerfoundation.org/; https://www.linkedin.com/company/openpower-foundation/?viewAsMember=true.

6. Magnatune is headquartered in San Rafael, California. *See* http://magnatune.com/info/contact; http://magnatune.com/terms_of_use.

7. Oracle Corporation ("Oracle") was headquartered in Redwood City, California until

- 2 -   COHESITY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS, 24-CV-09104-JST

1 | December 2020. *See* https://investor.oracle.com/sec-filings/sec-filings-details/default.aspx?FilingId=14558000. Oracle is now headquartered in Austin, Texas. *See* https://www.oracle.com/corporate/contact/field-offices/; https://bizfileonline.sos.ca.gov/search/business (a search for "Oracle Corporation" or file no. 2973001 shows principal and mailing address in Austin, Texas).

8. Palo Alto Networks is headquartered in Santa Clara, California. *See* https://www.paloaltonetworks.com/about-us/locations; https://bizfileonline.sos.ca.gov/search/business (a search for "Palo Alto Networks, Inc." or file no. 2727491 shows principal and mailing address in Santa Clara, California); https://investors.paloaltonetworks.com/static-files/b2753d0d-c2d1-4e18-ac59-57817007196a.

9. Amazon.com, Inc. ("Amazon") is headquartered in Seattle, Washington. *See* https://ir.aboutamazon.com/sec-filings/sec-filings-details/default.aspx?FilingId=18165478; https://bizfileonline.sos.ca.gov/search/business (a search for "Amazon.com Sales, Inc." or file no. 6383826 shows principal and mailing address in Seattle, Washington).

10. Microchip Technology Inc. ("Microchip Technology") is headquartered in Chandler, Arizona. *See* https://www.microchip.com/en-us/about/contact-us#%20Corporate%20Headquarters; https://ir.microchip.com/sec-filings/all-sec-filings/content/0000827054-25-000077/mchp-20250331.htm; https://bizfileonline.sos.ca.gov/search/business (a search for "Microchip Technology Incorporated" or file no. 1643158 shows principal and mailing address in Chandler, Arizona).

11. International Business Machines Corporation ("IBM") is headquartered in Armonk, New York. *See* https://www.sec.gov/ix?doc=/Archives/edgar/data/0000051143/000005114325000015/ibm-20241231.htm; https://bizfileonline.sos.ca.gov/search/business (a search for "International Business Machines Corporation" or file no. 0159726 shows principal and mailing address in Armonk, New York); https://www.ibm.com/contact/global;

1 | https://www.linkedin.com/company/ibm/.

2       12.     Apple Inc. ("Apple") is headquartered in Cupertino, California. *See*
3 https://investor.apple.com/sec-filings/sec-filings-details/default.aspx?FilingId=17933082;
4 https://www.apple.com/retail/appleparkvisitorcenter/; https://www.apple.com/contact/;
5 https://bizfileonline.sos.ca.gov/search/business (a search for "Apple Inc." or file no. 0806592
6 shows principal and mailing address in Cupertino, California).

7       13.     Meta Platforms, Inc. ("Meta"), owner of Facebook and Instagram, is headquartered
8 in Menlo Park, California. *See*
9 https://www.sec.gov/ix?doc=/Archives/edgar/data/0001326801/000132680125000017/meta-
10 20241231.htm; https://bizfileonline.sos.ca.gov/search/business (a search for "Meta Platforms, Inc."
11 or file no. 2711108 shows principal and mailing address in Menlo Park, California);
12 https://www.meta.com/legal/privacy-policy/; https://www.facebook.com/terms.php/;
13 https://www.instagram.com/explore/locations/787723138/instagram-hq/?hl=en;
14 https://www.facebook.com/LifeAtMeta/; https://www.linkedin.com/company/meta/about/.

15       14.     Alphabet Inc. ("Alphabet"), owner of Google LLC, is headquartered in Mountain
16 View, California. *See* https://abc.xyz/assets/77/51/9841ad5c4fbe85b4440c47a4df8d/goog-10-k-
17 2024.pdf; https://bizfileonline.sos.ca.gov/search/business (a search for "Google LLC" or file no.
18 201727810678 shows principal and mailing address in Mountain View, California);
19 https://visit.withgoogle.com/;
20 https://www.google.com/about/careers/applications/locations/mountain-view.

21       15.     X Corp. ("X"), formerly known as Twitter, was headquartered in San Francisco,
22 California until September 13, 2024 when it moved its headquarters to Bastrop, Texas. *See*
23 https://www.fox7austin.com/news/elon-musk-x-headquarters-move-bastrop-texas;
24 https://bizfileonline.sos.ca.gov/search/business (a search for "Twitter, Inc." or file no. 3006676
25 shows the terminated company's principal and mailing address in San Francisco, California);
26 https://www.linkedin.com/company/twitter/about/; https://www.linkedin.com/showcase/x-small-
27 biz/about/; https://x.com/en/privacy/previous/version_12; https://x.com/en/privacy;
28

https://x.com/en/tos.

16.     GitHub, Inc. ("GitHub"), which is owned by Microsoft Corporation ("Microsoft"), is headquartered in San Francisco, California.  See https://docs.github.com/en/site-policy/github-terms/github-terms-of-service; https://www.facebook.com/GitHub/; https://www.linkedin.com/company/github/about/; https://www.clay.com/dossier/github-headquarters-office-locations.

17.     YouTube, LLC ("YouTube") is owned by Google LLC and is headquartered in San Bruno, California.  See https://www.youtube.com/t/contact_us; https://bizfileonline.sos.ca.gov/search/business (a search for "YouTube, LLC" or file no. 200631510396 shows principal and mailing address in San Bruno, California); https://www.linkedin.com/company/youtube/.

I.      **LEGAL BASIS FOR JUDICIAL NOTICE**

Under Federal Rule of Evidence 201, a court may take judicial notice of an adjudicative fact that is "not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).  The Court "may take judicial notice on its own" or "must take judicial notice if a party requests it and the [C]ourt is supplied with the necessary information." Fed. R. Evid. 201(c)(2).

Courts routinely take judicial notice of the location of a company's headquarters either *sua sponte* or upon request based on publicly available information and records, including from a company's own statements made on websites, in press releases, or in SEC filings. *See e.g.*, *Bain v. United Healthcare Inc.*, No. 15-CV-03305-EMC, 2016 WL 4529495, at *1 (N.D. Cal. Aug. 30, 2016) ("Here, the Bains do not dispute the accuracy of the Entity Information. Because the Entity Information is a public record and is not disputed by the Bains, the Court takes judicial notice of the fact that Sagent Advisors, Inc. was, from October 23, 2003 to October 7, 2015, incorporated in Delaware and maintained its principal place of business in New York."); *Ishiyama v. Google LLC*, No. 22-MC-80192-EJD, 2022 WL 17970190, at *2 n.1 (N.D. Cal. Dec. 27, 2022) (citing to online

sources, the court *sua sponte* took "judicial notice of the fact that Google is headquartered and has its principal place of business in Mountain View"); *Al Hada v. Pompeo*, No. CV-18-8002, 2018 WL 6264999, at *2 (C.D. Cal. Sept. 17, 2018) (citing to online sources, the court *sua sponte* took "judicial notice of the fact that Defendants' respective headquarters are located in Washington, D.C."); *Safeco Ins. Co. of Am. v. UnitedHealth Grp. Inc.*, No. 2:13-CV-00732RSM, 2013 WL 3814387, at *5 (W.D. Wash. July 22, 2013) (public statements on company's website showed that the company's headquarters were in Seattle, Washington).

## II.    THE COURT MAY CONSIDER THE EVIDENCE SUBMITTED WITH THE RAIMER AND KIEDROWSKI DECLARATIONS WITHOUT JUDICIAL NOTICE

The Court may consider the evidence included with the Declarations of Anna E. Raimer ("Raimer Declaration") and Carrie L. Kiedrowski ("Kiedrowski Declaration") for purposes of CT's Rule 12(b)(2) and 12(b)(1) motions without taking judicial notice. *See, e.g.*, *Lindora, LLC v. Isagenix Int'l, LLC*, 198 F. Supp. 3d 1127, 1136 n.3 (S.D. Cal. 2016) ("The legal standard governing a Rule 12(b)(2) motion permits the district court to consider relevant materials outside the pleadings without taking judicial notice of those materials."); *Safe Air for Everyone v. Meyer*, 373 F.3d 1035, 1039 (9th Cir. 2004) ("In resolving a factual attack on [subject matter] jurisdiction, the district court may review evidence beyond the complaint without converting the motion to dismiss into a motion for summary judgment.").

Dated: September 15, 2025                          JONES DAY

                                                   By: */s/ Michael C. Hendershot*
                                                         Michael C. Hendershot

                                                         *Attorney for Plaintiff Cohesity, Inc.*