UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COHESITY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CARTESIAN THEATRE CORP.,<br><br>    Defendant. | Case No. 24-cv-09104-JST<br><br>**ORDER RE: MOTION TO FILE UNDER SEAL**<br><br>Re: ECF No. 47 |

Cohesity, Inc. seeks to file under seal material that has been designated as confidential by another party. ECF No. 47. The designating party has failed to file the responsive statement and/or declaration required by Civil Local Rule 79-5(f)(3). The Court provides an additional seven days for the designating party to file the required documents. If no statement or declaration is filed within seven days of the date of this order, the Court will deny the motion to seal the designated material.

**IT IS SO ORDERED.**

Dated: September 24, 2025

JON S. TIGAR
United States District Judge