GARY SHUSTER, CSB 162379
gary@shuster.com
2301-1228 Marinaside Cr.
Vancouver, British Columbia V6Z 2W4
Canada
Telephone: (604) 417-5002
Facsimile: (559) 272-2222

*Attorney for Defendant Cartesian Theatre Corp.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COHESITY, INC, <br><br> Plaintiff, <br><br> v. <br><br> CARTESIAN THEATRE CORP., and DOES 1 - 25, <br><br> Defendants. | Case No. 4:24-CV-09104-JST <br><br> **DEFENDANT CARTESIAN THEATRE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS (ECF 37).** <br><br> Date: October 23, 2025 <br> Time: 2:00 p.m. <br> Place: Courtroom 6 (Via Video Conference) <br> Judge: Hon. Jon. S. Tigar |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Evidence 201 and in support of Cartesian Theatre Corp. ("CT")'s Motion to Dismiss, Plaintiff Cohesity, Inc. ("Cohesity") respectfully requests the Court take judicial notice of the following facts:

1. DLA Piper claims, in a February 15, 2024 article on its own website, to have represented DLA Piper. https://www.dlapiper.com/en-us/news/2024/02/dla-piper-advises-cohesity-in-its-business-combination-with-veritas-data-protection-business (retrieved Sept. 27, 2025).

2. CT's trademark application for "HELIOS" in the United States, Serial No. 98724373, was assigned to an examiner on March 5, 2025. https://tsdr.uspto.gov/#caseNumber=98724373&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch (retrieved Sept. 27, 2025, a print out of which is attached hereto as Exhibit A.

Federal Rule of Evidence 201 permits (201(c)(1)) or requires (201(c)(2)) the Court to take judicial notice of facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned". A statement by DLA Piper on its own website is a source whose accuracy cannot reasonably be questioned as to what DLA Piper claims. The official USPTO website for trademarks is a source whose accuracy cannot reasonably be questioned as to the examination history of a trademark application.

DATED: September 27, 2025

                                                s/ Gary Shuster/

                                                Gary Shuster
                                                Counsel for Cartesian Theatre

# Exhibit A

> For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS    MAINTENANCE                                          Back to Search            Print

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2025-09-27 13:27:20 EDT |
| Mark: | HELIOS |

**HELIOS**

| | |
|---|---|
| US Serial Number: | 98724373 |
| US Registration Number: | 7943702 |
| Register: | Principal |
| Mark Type: | Trademark, Service Mark |
| TM5 Common Status Descriptor: | LIVE/REGISTRATION/Issued and Active — The trademark application has been registered with the Office. |
| Status: | Registered. The registration date is used to determine when post-registration maintenance documents are due. |
| Status Date: | Sep. 16, 2025 |
| Publication Date: | Apr. 15, 2025 |
| Application Filing Date: | Aug. 29, 2024 |
| Registration Date: | Sep. 16, 2025 |

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 16, 2025 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Sep. 16, 2025 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 24, 2025 | EXTENSION OF TIME TO OPPOSE PROCESS - TERMINATED | 724373 |
| Jun. 09, 2025 | TEAS WITHDRAWAL AS DOMESTIC REPRESENTATIVE RECEIVED | |
| Jun. 09, 2025 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jun. 09, 2025 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| May 09, 2025 | WITHDRAWAL OF ATTORNEY GRANTED | |
| May 09, 2025 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED | |
| May 05, 2025 | EXTENSION OF TIME TO OPPOSE RECEIVED | 724373 |
| Apr. 15, 2025 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Apr. 15, 2025 | PUBLISHED FOR OPPOSITION | |
| Apr. 09, 2025 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Mar. 19, 2025 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 05, 2025 | ASSIGNED TO EXAMINER | 98323 |

| | |
|---|---|
| Jan. 22, 2025 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Aug. 29, 2024 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings

| Summary | | Party type | Proceeding type |
|---|---|---|---|
| Number of Proceedings: | 1 | | |

### Type of Proceeding: Extension of Time

| | | | |
|---|---|---|---|
| Proceeding Number: | 98724373 | Filing Date: | May 05, 2025 |
| Status: | Terminated | Status Date: | Aug 24, 2025 |
| Interlocutory Attorney: | | | |

#### Defendant

| | |
|---|---|
| Name: | Cartesian Theatre Corp. |
| Correspondent Address: | JESSICA S. SACHS<br>HARNESS, DICKEY & PIERCE, PLC<br>5445 CORPORATE DRIVE, SUITE 200<br>TROY MI UNITED STATES , 48098 |
| Correspondent e-mail: | troymailroom@harnessip.com , jsachs@harnessip.com , hrowe@harnessip.com , agrubb@harnessip.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| HELIOS | | 98724373 | |

#### Potential Opposer(s)

| | |
|---|---|
| Name: | Acer Incorporated |
| Correspondent Address: | SETH I. APPEL<br>PATTISHALL, MCAULIFFE, NEWBURY, HILLIARD & GERALDSON LLP<br>200 S. WACKER DRIVE, SUITE 2900<br>CHICAGO IL UNITED STATES , 60606 |
| Correspondent e-mail: | sia@pattishall.com , rws@pattishall.com , aca@pattishall.com , lkn@pattishall.com |
| Name: | Cohesity, Inc. |
| Correspondent Address: | ANNA E. RAIMER<br>JONES DAY<br>717 TEXAS AVENUE, SUITE 3300<br>HOUSTON TX UNITED STATES , 77002 |
| Correspondent e-mail: | aeraimer@jonesday.com , mmckeown@jonesday.com , nytef@jonesday.com , clkiedrowski@jonesday.com , mhendershot@jonesday.com |

#### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | EXT GRANTED | Jun 09, 2025 | |
| 5 | ADD'L 60-DAY REQUEST TO EXT TIME TO OPPOSE | Jun 09, 2025 | |
| 4 | EXT GRANTED | May 13, 2025 | |
| 3 | FIRST 30-DAY REQUEST TO EXT TIME TO OPPOSE | May 13, 2025 | |
| 2 | EXT GRANTED | May 05, 2025 | |
| 1 | FIRST 90-DAY REQUEST TO EXT TIME TO OPPOSE | May 05, 2025 | |