GARY SHUSTER, CSB 162379
gary@shuster.com
2301-1228 Marinaside Cr.
Vancouver, British Columbia V6Z 2W4
Canada
Telephone: (604) 417-5002
Facsimile: (559) 272-2222

*Attorney for Defendant Cartesian Theatre Corp.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| COHESITY, INC, <br><br> Plaintiff, <br><br> v. <br><br> CARTESIAN THEATRE CORP., and DOES 1 - 25, <br><br> Defendants. | Case No. 4:24-CV-09104-JST <br><br> **DECLARATION OF GARY SHUSTER IN SUPPORT OF LOCAL RULE 79-5(f)(3) SUBMISSION IN RELATION TO ECF 47 MOTION TO SEAL (SUBMITTED IN CONJUNCTION WITH MOTION ECF 37)** <br><br> **Date: October 23, 2025** <br> **Time: 2:00 p.m.** <br> **Place: Courtroom 6 (Via Video Conference)** <br> **Judge: Hon. Jon. S. Tigar** |

Declaration of Gary Shuster in support of motion to seal:

I, Gary Shuster, hereby declare as follows:

1. I am counsel for Cartesian Theatre Corp. ("CT") in this litigation. I am a member in good standing of the State Bar of California. I make this declaration in support of CT's motion to dismiss or in the alternative for a more definite statement, for a stay, or to strike (ECF 37). The facts and information contained in this declaration are either known to me personally, or were obtained from documents and public records that I have reviewed in connection

with this case.

2. I have reviewed page 42, line 12 of the Warner Deposition. The company named in that testimony has a non-disclosure agreement with CT that covers "the status and terms of any discussions between the parties regarding potential business transactions" as well as "financial data". The agreement provides as follows:

> "Confidential Information" means any information disclosed by the Company, either directly or indirectly, provided before or after the execution of this document, in writing, orally or by inspection of tangible objects (including, without limitation, documents) that are designated as "Confidential", "Proprietary" or some similar designation, or is of such a nature or has been disclosed in such a manner that it should be obvious to Interested Party that such is confidential. Confidential Information also includes, without limitation, a party's trade secrets, know-how and proprietary information as well as business plans, financial data and the status and terms of any discussions between the parties regarding potential business transactions.

I **declare** under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed outside the United States, in Vancouver, British Columbia, Canada, on September 28, 2025.

DATED: September 28, 2025

                                               /s/ Gary Shuster

                                               Gary Shuster
                                               Attorney for Cartesian Theatre