GARY SHUSTER, CSB 162379
gary@shuster.com
2301-1228 Marinaside Cr.
Vancouver, British Columbia V6Z 2W4
Canada
Telephone: (604) 417-5002
Facsimile: (559) 272-2222

*Attorney for Defendant Cartesian Theatre Corp.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| COHESITY, INC, <br><br> Plaintiff, <br><br> v. <br><br> CARTESIAN THEATRE CORP., and DOES 1 - 25, <br><br> Defendants. | Case No. 4:24-CV-09104-JST <br><br> **NOTICE OF POSTAL STRIKE** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that the Canadian Union of Postal Workers is on strike. The timeline for a return to work is unclear. Information about the strike may be found at https://www.canadapost-postescanada.ca/cpc/en/our-company/news-and-media/corporate-news/negotiations-list.page?icid=display_1_p_hero_2643 and should that link cease working, a link from the Canada Post home page should link to updates: https://www.canadapost-postescanada.ca/cpc/en/home.page

During the strike period, it is likely that postal mail will be substantially delayed. Any materials

1  that are mailed should also be sent via email and/or fax to the contact information in the caption.

DATED: September 28, 2025

                                              Gary Shuster

                                              Counsel for Defendant Cartesian Theatre Corp.