UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COHESITY, INC.<br><br>  Plaintiff,<br><br>v.<br><br>CARTESIAN THEATRE CORP., and DOES 1 – 25,<br><br>  Defendants. | Case No. 4:24-CV-09104-JST<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF NO. 47]** |

Plaintiff Cohesity, Inc. ("Cohesity") and Defendant Cartesian Theatre Corp. ("Cartesian Theatre" or "CT") have jointly proposed the order below. Plaintiff Cohesity, Inc. has filed an Administrative Motion to Consider Whether Another Party's Material Should be Sealed (ECF No. 47) in connection with its Opposition to Defendant's Motion to Dismiss, or in the Alternative for a More Definite Statement, for a Stay, or to Strike (ECF No. 48).

Having considered Cohesity's administrative motion, Cartesian Theatre's Local Rule 79-5(f)(3) Submission in Relation to ECF Motion to Seal (ECF No. 54), and under the legal standard set forth in *AGIS Software Dev. LLC v. Google LLC*, No. 22-CV-04826-BLF, 2023 WL 5762552, at *2 (N.D. Cal. Sept. 6, 2023) (finding good cause to seal "confidential communications regarding settlement discussions and/or negotiations" and "confidential business information"), the Court GRANTS IN PART Cohesity's administrative motion and ORDERS sealed the documents listed below:

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL         CASE NO. 4:24-CV-09104-JST

| Document | Portion(s) to Be Filed Under Seal | Designating Party | Ruling |
|---|---|---|---|
| Exhibit C to the Declaration of Anna E. Raimer (the "Raimer Declaration") In Support of Cohesity's Opposition to Defendant's Motion to Dismiss, Or In The Alternative For a More Definite Statement, for a Stay, or to Strike (ECF No. 37) | Redacted portions at 42:10- 43:2, 45:5-7, 87:5, 87:8, 87:15, 87:23, 89:11-12, 95:17, 109:8-11, 109:21-22, 110:2-3, 113:12-16, 114:22-25, 115:13- 16, 123:22-24, 124:9-10, 124:15-125:21, 175:12, and 175:24. | CT | |
| Exhibit H to the Raimer Declaration | Entirety | CT | |
| Exhibit K to the Raimer Declaration | Entirety | CT | |
| Exhibit P to the Raimer Declaration | Entirety | CT | |
| Exhibit R to the Raimer Declaration | Entirety | CT | |
| Exhibit T to the Raimer Declaration | Entirety | CT | |

The Court further ORDERS that Exhibits U, V, and W to the Raimer Declaration, as well as Exhibit C to the Raimer Declaration at 44:22 and 122:10-19, may be filed publicly.

IT IS SO ORDERED.

DATED: _____      _____
Honorable Jon Tigar
United States District Judge