Megan Whyman Olesek (State Bar No. 191218)
olesek@turnerboyd.com
Jacob S. Zweig (State Bar No. 296129)
zweig@turnerboyd.com
TURNER BOYD SERAPHINE LLP
155 Bovet Road, Suite 600
San Mateo, California 94402
(650) 521-5930

*Attorneys for Plaintiff
Cohesity, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| COHESITY, INC., | Case No. 4:24-cv-09104-JST |
| Plaintiff, | **ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTARY EVIDENCE RELATING TO PENDING MOTION (ECF NO. 37)** |
| v. | |
| CARTESIAN THEATRE CORP. and DOES 1 – 25., | |
| Defendants. | |

1 | Pursuant to Civil Local Rules 7-11 and 7-3(d), Plaintiff Cohesity, Inc. ("Cohesity" or "Plaintiff") submits this Administrative Motion for Leave to File Supplementary Evidence Relating to Defendant Cartesian Theatre Corp.'s ("Defendant" or "Cartesian Theatre" or "CT") Motion to Dismiss [FRCP 12(b)(1), FRCP 12(b)(2), FRCP 12(b)(3), FRCP 12(b)(6)] or in the Alternative, for a More Definite Statement FRCP 12(e) or in the Alternative for a Stay or in the Alternative to Strike, FRCP 12(e) (ECF. No. 37) (the "Motion").

Per Civil Local Rule 7-11(b), this Administrative Motion is accompanied by a stipulation and proposed order under Civil Local Rule 7-12. Counsel for CT does not oppose this motion and has joined the stipulation and proposed order submitted for the Court's consideration.

An issue raised in the parties' briefing on the Motion was the pendency of Cartesian Theatre's application for registration of a United States Federal Trademark Registration for HELIOS. Cohesity seeks leave to file the registration issued to CT on September 16, 2025, as United States Trademark Registration No. 7,943,702.

Dated: October 31, 2025

Respectfully submitted,

/s/ Jacob Zweig
Megan Whyman Olesek (State Bar No. 191218)
olesek@turnerboyd.com
Jacob S. Zweig (State Bar No. 296129)
zweig@turnerboyd.com
TURNER BOYD SERAPHINE LLP
155 Bovet Road, Suite 600
San Mateo, California 94402
(650) 521-5930

*Attorneys for Plaintiff Cohesity, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2025, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which will send notification of such filing to all parties who have appeared in this matter.

Executed on this October 31, 2025.

/s/ *Jacob Zweig*
Jacob Zweig