Megan Whyman Olesek (State Bar No. 191218)
olesek@turnerboyd.com
Jacob S. Zweig (State Bar No. 296129)
zweig@turnerboyd.com
TURNER BOYD SERAPHINE LLP
155 Bovet Road, Suite 600
San Mateo, California 94402
Telephone: (650) 521-5930

*Attorneys for Plaintiff
Cohesity, Inc.*

Gary Shuster, CSB 162379
gary@shuster.com
2301-1228 Marinaside Cr.
Vancouver, British Columbia V6Z 2W4
Canada
Telephone: (604) 417-5002
Facsimile: (559) 272-2222

*Attorney for Defendant
Cartesian Theatre Corp.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| COHESITY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CARTESIAN THEATRE CORP. and DOES 1 – 25., <br><br> Defendants. | Case No. 4:24-cv-09104-JST <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE SUPPLEMENTARY EVIDENCE RELATING TO PENDING MOTION (ECF NO. 37)** |

1        Pursuant to Civil Local Rule 7-12, Plaintiff Cohesity, Inc. ("Plaintiff" or "Cohesity") and Defendant Cartesian Theatre Corp. ("Defendant" or "Cartesian Theatre" or "CT"), by and through their respective counsel, stipulate as follows:

       WHEREAS, Cartesian Theatre filed a Motion to Dismiss Motion to Dismiss [FRCP 12(b)(1), FRCP 12(b)(2), FRCP 12(b)(3), FRCP 12(b)(6)] or in the Alternative, for a More Definite Statement FRCP 12(e) or in the Alternative for a Stay or in the Alternative to Strike, FRCP 12(e) (the "Motion") on July 27, 2025 (ECF Nos. 37, 37-1);

       WHEREAS, Cohesity filed its opposition to the Motion on September 15, 2025 (ECF No. 48) and Cartesian Theatre filed its reply in support of its Motion on September 27, 2025 (ECF No. 53);

       WHEREAS, an issue raised in the parties' briefing on the Motion was the pendency of Cartesian Theatre's application for registration of a United States Federal Trademark Registration for HELIOS;

       WHEREAS, Cohesity seeks leave to file a notice of supplemental evidence concerning and attaching Cartesian Theatre's United States Federal Trademark Registration for HELIOS, which now has issued;

       WHEREAS, Cohesity believes the document to be relevant, CT believes the document not to be relevant, but both parties agree that the document should be provided to the Court so that relevance may be determined by the Court;

       THEREFORE, the parties hereby stipulate and agree to request that the Court enter this Order pursuant to Civil Local Rule 7-3(d) permitting a supplemental evidence submission presenting Cartesian Theatre's United States Federal Trademark Registration for HELIOS that has now issued.

       IT IS SO STIPULATED.

Dated: October 31, 2025

Respectfully submitted,

*/s/ Jacob Zweig*
Megan Whyman Olesek (State Bar No. 191218)
olesek@turnerboyd.com
Jacob S. Zweig (State Bar No. 296129)
zweig@turnerboyd.com
TURNER BOYD SERAPHINE LLP
155 Bovet Road, Suite 600
San Mateo, California 94402
Telephone: (650) 521-5930

*Attorneys for Plaintiff*
*Cohesity, Inc.*

*/s/Gary Shuster*
Gary Shuster, CSB 162379
gary@shuster.com
2301-1228 Marinaside Cr.
Vancouver, British Columbia V6Z 2W4
Canada
Telephone: (604) 417-5002
Facsimile: (559) 272-2222

*Attorney for Defendant*
*Cartesian Theatre Corp.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 3, 2025

_____
The Honorable Jon S. Tigar
United States District Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1, I hereby attest that concurrence in the filing of this document has been obtained from the other signatories.

                                                 */s/ Jacob Zweig*
                                                 Jacob Zweig