Megan Whyman Olesek (State Bar No. 191218)
olesek@turnerboyd.com
Jacob S. Zweig (State Bar No. 296129)
zweig@turnerboyd.com
TURNER BOYD SERAPHINE LLP
155 Bovet Road, Suite 600
San Mateo, California 94402
(650) 521-5930

*Attorneys for Plaintiff
Cohesity, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| COHESITY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CARTESIAN THEATRE CORP. and DOES 1 – 25., <br><br> Defendants. | Case No. 4:24-cv-09104-JST <br><br> **NOTICE OF SUPPLEMENTARY EVIDENCE RELATING TO PENDING MOTION (ECF NO. 37)** |

1    Pursuant to the Joint Stipulation and Order Granting Leave to File Supplementary Evidence
2    Relating to Defendant Cartesian Theatre's Pending Motion (ECF No. 37), Plaintiff Cohesity, Inc.
3    ("Cohesity" or "Plaintiff") files the certificate of registration for Defendant Cartesian Theatre's
4    United States Trademark Registration for HELIOS, Registration No. 7,943,702, issued on
5    September 16, 2025, which is attached hereto as Exhibit 1 to the Declaration of Jacob Zweig.

8    Dated: November 3, 2025                Respectfully submitted,

     /s/ Jacob Zweig
     Megan Whyman Olesek (State Bar No. 191218)
     olesek@turnerboyd.com
     Jacob S. Zweig (State Bar No. 296129)
     zweig@turnerboyd.com
     TURNER BOYD SERAPHINE LLP
     155 Bovet Road, Suite 600
     San Mateo, California 94402
     (650) 521-5930

     *Attorneys for Plaintiff*
     *Cohesity, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2025, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which will send notification of such filing to all parties who have appeared in this matter.

Executed on this November 3, 2025.

              /s/ *Jacob Zweig*
              Jacob Zweig