1  Megan Whyman Olesek (State Bar No. 191218)
   olesek@turnerboyd.com
2  Jacob S. Zweig (State Bar No. 296129)
   zweig@turnerboyd.com
3  TURNER BOYD SERAPHINE LLP
   155 Bovet Road, Suite 600
4  San Mateo, California 94402
   (650) 521-5930
5
   *Attorneys for Plaintiff*
6  *Cohesity, Inc.*

7
                    **UNITED STATES DISTRICT COURT**
8                   **NORTHERN DISTRICT OF CALIFORNIA**
                           **OAKLAND DIVISION**
9

10
    COHESITY, INC.,                        Case No. 4:24-cv-09104-JST
11
              Plaintiff,                   **DECLARATION OF JACOB ZWEIG IN
12                                         SUPPORT OF PLAINTIFF'S NOTICE
         v.                                OF SUPPLEMENTARY EVIDENCE
13                                         RELATING TO PENDING MOTION
    CARTESIAN THEATRE CORP. and            (ECF NO. 37)**
14  DOES 1 – 25.,

15            Defendants.

I, Jacob S. Zweig, hereby declare and state as follows:

1. I am an attorney at the law firm of Turner Boyd Seraphine LLP, counsel for Plaintiff Cohesity, Inc. ("Cohesity" or "Plaintiff") in this matter, and a member in good standing of the State Bar of California. I submit this declaration in support of Cohesity's Notice of Supplementary Evidence Relating to Pending Motion. I have personal knowledge of the facts set forth herein, and if called to testify, I could and would competently testify thereto under oath.

2. Attached as Exhibit 1 is a true and correct copy of Cartesian Theatre Corp.'s United States Patent and Trademark Office registration for HELIOS, Reg. No. 7,943,702, which I obtained on or about October 27, 2025 via the Trademark Status & Document Retrieval (TSDR) system on the website for the United States Patent and Trademark Office.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed on November 3, 2025 in Felton, California.

Dated: November 3, 2025                    Respectfully submitted,

                                           /s/ Jacob Zweig
                                           Jacob S. Zweig (State Bar No. 296129)
                                           zweig@turnerboyd.com
                                           TURNER BOYD SERAPHINE LLP
                                           155 Bovet Road, Suite 600
                                           San Mateo, California 94402
                                           (650) 521-5930

                                           *Attorney for Plaintiff*
                                           *Cohesity, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2025, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which will send notification of such filing to all parties who have appeared in this matter.

Executed on this November 3, 2025.

/s/ *Jacob Zweig*
Jacob Zweig