Megan Whyman Olesek (State Bar No. 191218)
olesek@turnerboyd.com
Jacob S. Zweig (State Bar No. 296129)
zweig@turnerboyd.com
TURNER BOYD SERAPHINE LLP
155 Bovet Road, Suite 600
San Mateo, California 94402
Telephone: (650) 521-5930

*Attorneys for Plaintiff
Cohesity, Inc.*

Gary Shuster, CSB 162379
gary@shuster.com
2301-1228 Marinaside Cr.
Vancouver, British Columbia V6Z 2W4
Canada
Telephone: (604) 417-5002
Facsimile: (559) 272-2222

*Attorney for Defendant
Cartesian Theatre Corp.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| COHESITY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CARTESIAN THEATRE CORP. and DOES 1 – 25., <br><br> Defendants. | Case No. 4:24-cv-09104-JST <br><br> **JOINT ADMINISTRATIVE MOTION TO MODIFY CASE SCHEDULE** |

Pursuant to Civil Local Rule 7-11, Plaintiff Cohesity, Inc. ("Plaintiff" or "Cohesity") and Defendant Cartesian Theatre Corp. ("Defendant" or "Cartesian Theatre" or "CT") jointly move the Court for extensions to certain deadlines, while preserving the trial date. The parties have conferred and respectfully request that the Court modify the schedule as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Fact discovery cut-off | December 22, 2025 | February 10, 2026 |
| Expert disclosures due | January 30, 2026 | March 6, 2026 |
| Expert rebuttals due | February 27, 2026 | April 3, 2026 |
| Expert discovery cut-off | March 27, 2026 | April 17, 2026 |
| Dispositive motion hearing deadline | May 7, 2026 | May 28, 2026 |

Good cause exists for this motion. Defendant's Motion to Dismiss [FRCP 12(b)(1), FRCP 12(b)(2), FRCP 12(b)(3), FRCP 12(b)(6)] or in the Alternative, for a More Definite Statement FRCP 12(e), or in the Alternative for a Stay or in the Alterative to Strike, FRCP 12(e) (the "Motion to Dismiss") (ECF No. 37) remains pending. The parties agree that, given the pending motion and incomplete pleadings, the above-referenced deadlines should be extended. The parties further agree that, should the Motion to Dismiss remain pending past January 7, 2026, the parties will propose further modifications to the schedule.

In accordance with Civil Local Rule 7-11(b), this Joint Administrative Motion to Modify Case Schedule is accompanied by a stipulation and proposed order under Civil Local Rule 7-12.

Dated: November 18, 2025

/s/ Megan Whyman Olesek
Megan Whyman Olesek (State Bar No. 191218)
olesek@turnerboyd.com
Jacob S. Zweig (State Bar No. 296129)
zweig@turnerboyd.com
TURNER BOYD SERAPHINE LLP
155 Bovet Road, Suite 600
San Mateo, California 94402
Telephone: (650) 521-5930

*Attorneys for Plaintiff Cohesity, Inc.*

Respectfully submitted,

/s/ Gary Shuster
Gary Shuster, CSB 162379
gary@shuster.com
2301-1228 Marinaside Cr.
Vancouver, British Columbia V6Z 2W4
Canada
Telephone: (604) 417-5002
Facsimile: (559) 272-2222

*Attorney for Defendant Cartesian Theatre Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2025, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which will send notification of such filing to all parties who have appeared in this matter.

Executed on this November 18, 2025.

/s/ *Megan Whyman Olesek*
Megan Whyman Olesek

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

Pursuant to Civil Local Rule 5-1, I hereby attest that concurrence in the filing of this document has been obtained from the other signatories.

/s/ *Megan Whyman Olesek*
Megan Whyman Olesek