Megan Whyman Olesek (State Bar No. 191218)
olesek@turnerboyd.com
Jacob S. Zweig (State Bar No. 296129)
zweig@turnerboyd.com
TURNER BOYD SERAPHINE LLP
155 Bovet Road, Suite 600
San Mateo, California 94402
Telephone: (650) 521-5930

*Attorneys for Plaintiff
Cohesity, Inc.*

Gary Shuster, CSB 162379
gary@shuster.com
2301-1228 Marinaside Cr.
Vancouver, British Columbia V6Z 2W4
Canada
Telephone: (604) 417-5002
Facsimile: (559) 272-2222

*Attorney for Defendant
Cartesian Theatre Corp.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| COHESITY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CARTESIAN THEATRE CORP. and DOES 1 – 25., <br><br> Defendants. | Case No. 4:24-cv-09104-JST <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Cohesity, Inc. ("Plaintiff" or "Cohesity") and Defendant Cartesian Theatre Corp. ("Defendant" or "Cartesian Theatre" or "CT"), collectively (the "Parties"), by and through their respective counsel, stipulate as follows:

WHEREAS, the Parties completed private mediation on October 15, 2025;

WHEREAS, Defendant's Motion to Dismiss [FRCP 12(b)(1), FRCP 12(b)(2), FRCP 12(b)(3), FRCP 12(b)(6)] or in the Alternative, for a More Definite Statement FRCP 12(e), or in the Alternative for a Stay or in the Alterative to Strike, FRCP 12(e) (the "Motion to Dismiss") (ECF No. 37) remains pending and no responsive pleading is yet due in this action;

WHEREAS, the current last day to complete fact discovery pursuant to the Court's Scheduling Order is December 22, 2025;

WHEREAS, the Court issued a Scheduling Order on July 30, 2025 (ECF No. 39) and has previously granted the following two schedule modifications in this case: (1) on February 25, 2025, moving the deadline for Defendant's Response to Plaintiff's Complaint from January 10, 2024 to March 28, 2025, the deadline for the Joint Case Management Statement from March 18, 2025 to May 6, 2025, and the date of the Initial Case Management Conference from March 25, 2025 to May 13, 2025 (ECF No. 17); and (2) on August 7, 2025, extending the deadline for Plaintiff's Opposition to Defendant's Motion to Dismiss [FRCP 12(b)(1), FRCP 12(b)(2), FRCP 12(b)(3), FRCP 12(b)(6)] or in the Alternative, for a More Definite Statement FRCP 12(e), or in the Alternative for a Stay or in the Alterative to Strike, FRCP 12(e) (the "Motion to Dismiss") (ECF No. 37) from August 11, 2025 to September 15, 2025, the deadline for Defendant's Reply in support of its Motion to Dismiss from August 18, 2025 to September 29, 2025, and the date of the hearing on Defendant's Motion to Dismiss from September 11, 2025 to October 23, 2025 (ECF No. 41);

WHEREAS, the Court continued the date of the Further Case Management Conference from November 18, 2025[1] to February 3, 2026 (ECF No. 62);

---

[1] The Parties apologize to the Court for failing to submit a Joint Case Management Conference Statement on November 12, 2025, after both parties inadvertently overlooked calendaring that date from the Court's July 29, 2025, Minute Entry (ECF No. 38).

WHEREAS, the Parties have conferred and agreed upon a modified schedule to extend fact discovery without disturbing the dates set by the Court for the pretrial conference and trial;

WHEREAS, the Parties stipulate and agree to modify the schedule as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Fact discovery cut-off | December 22, 2025 | February 10, 2026 |
| Expert disclosures due | January 30, 2026 | March 6, 2026 |
| Expert rebuttals due | February 27, 2026 | April 3, 2026 |
| Expert discovery cut-off | March 27, 2026 | April 17, 2026 |
| Dispositive motion hearing deadline | May 7, 2026 | May 28, 2026 |

WHEREAS, the Parties further agree that, should the Motion to Dismiss remain pending past January 7, 2026, the parties will jointly propose further modifications to the schedule;

WHEREAS, the Parties' jointly proposed modifications will not affect or alter any other scheduled dates, events, or deadlines in this case, including the dates for the further case management conference, pretrial conference, and trial; and

WHEREAS, the parties thus believe there is good cause for the schedule changes proposed above and that their impact on the overall case schedule will be minimal;

THEREFORE, the parties hereby stipulate and respectfully request an Order granting their Joint Administrative Motion to Modify Case Schedule.

IT IS SO STIPULATED.

Dated: November 18, 2025

/s/ Megan Whyman Olesek
Megan Whyman Olesek (State Bar No. 191218)
olesek@turnerboyd.com
Jacob S. Zweig (State Bar No. 296129)
zweig@turnerboyd.com
TURNER BOYD SERAPHINE LLP
155 Bovet Road, Suite 600
San Mateo, California 94402
Telephone: (650) 521-5930

*Attorneys for Plaintiff Cohesity, Inc.*

/s/ Gary Shuster
Gary Shuster, CSB 162379
gary@shuster.com
2301-1228 Marinaside Cr.
Vancouver, British Columbia V6Z 2W4
Canada
Telephone: (604) 417-5002
Facsimile: (559) 272-2222

*Attorney for Defendant Cartesian Theatre Corp.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 20, 2025

_____
The Honorable Jon S. Tigar
United States District Judge

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

Pursuant to Civil Local Rule 5-1, I hereby attest that concurrence in the filing of this document has been obtained from the other signatories.

/s/ Megan Whyman Olesek
Megan Whyman Olesek