GARY SHUSTER, CSB 162379
gary@shuster.com
2301-1228 Marinaside Cr.
Vancouver, British Columbia V6Z 2W4
Canada
Telephone: (604) 417-5002
Facsimile: (559) 272-2222

*Attorney for Defendant Cartesian Theatre Corp.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| COHESITY, INC,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CARTESIAN THEATRE CORP., and DOES 1 - 25,<br><br>　　　　　Defendants. | Case No. 4:24-CV-09104-JST<br><br>**DEFENDANT CARTESIAN THEATRE CORP.'S NOTICE OF CONTINGENT MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND MOTION TO STAY PROCEEDINGS PENDING A RULING IN THE JULY 27, 2025 MOTION**<br><br>**NO HEARING REQUESTED**<br><br>**Judge: Hon. Jon. S. Tigar** |

/ / /

/ / /

/ / /

/ / /

/ / /

TO: Plaintiff Cohesity, Inc. and their attorneys of record:

NOTICE IS GIVEN that Defendant Cartesian Theatre Corp. ("CT") will and, contingent upon the events described below, does move for an order dismissing the Complaint in this action, on the grounds that the Covenant Not to Sue, provided as Exhibit A to the Kipling Warner Declaration filed concurrently wherewith ("Covenant") eliminates subject matter jurisdiction and renders this case non-justiciable under 28 U.S.C. §§ 2201 and 2202 and Article III, Section 2 as there is no actual controversy for Declaratory Judgment Act purposes, and no case or controversy for Article III purposes (Federal Rules of Civil Procedure ("FRCP") 12(b)(1)).

The Covenant and this motion are made conditional on, and only effective in the event of, a loss by Defendant of both the Motion to Dismiss and the Motion to Stay (filed July 27, 2025), as stated in the Covenant.

The motion is based upon this Notice and Motion, the Memorandum of Points and Authorities in support thereof, on the Declaration Of Kipling Warner In Support Of Contingent Motion To Dismiss And Motion To Stay, the documents appended to the declarations, the pleadings, records, and files in this action, and on such further evidence as may be presented if the Court orders a hearing on this motion.

DATED: January 15, 2026                    GARY SHUSTER

                                               By: /s/ Gary S. Shuster

                                                    2301-1228 Marinaside Crescent
                                                    Vancouver BC V6Z 2W4
                                                    Canada
                                                    Attorney for Cartesian Theatre Corp.