1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| COHESITY, INC,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>CARTESIAN THEATRE CORP., and DOES 1 - 25,<br><br>　　　　　　Defendants. | Case No. 4:24-CV-09104-JST<br><br>**[PROPOSED ORDER] ON DEFENDANT CARTESIAN THEATRE CORP.'S CONTINGENT MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND MOTION TO STAY PROCEEDINGS PENDING A RULING IN THE JULY 27, 2025 MOTION**<br><br>**NO HEARING REQUESTED**<br><br>**Judge: Hon. Jon. S. Tigar** |

If the Court dismisses or stays the case based on the July 27, 2025 MOTION to Dismiss, strike, stay, or for a more definite statement filed by Cartesian Theatre Corp. (ECF 37), it will either be dismissed or stayed. If the Court does not dismiss or stay the case based on ECF 37, Defendant's Covenant Not to Sue will come into effect, requiring dismissal for lack of subject matter jurisdiction.

Because this case will either be stayed or dismissed upon a ruling on ECF 37 regardless of the ruling on ECF 37, the matter is stayed until a ruling on ECF 37 is issued.

IT IS SO ORDERED.

DATED: _____ _____
Honorable Jon Tigar
United States District Judge