1  Megan Whyman Olesek (State Bar No. 191218)
   Megan.Whyman.Olesek@ThompsonHine.com
2  Jacob S. Zweig (State Bar No. 296129)
   Jacob.Zweig@ThompsonHine.com
3  THOMPSON HINE LLP
   155 Bovet Road, Suite 600
4  San Mateo, California 94402
   Telephone: (650) 521-5930
5
   *Attorneys for Plaintiff*
6  *Cohesity, Inc.*

7                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
8                              **OAKLAND DIVISION**

9

10 | COHESITY, INC.,                          | Case No. 4:24-cv-09104-JST
11 |         Plaintiff,                       |
                                              | **PLAINTIFF'S NOTICE OF**
12 |    v.                                    | **CHANGE OF FIRM AFFILIATION**
13 | CARTESIAN THEATRE CORP. and
   | DOES 1 – 25.,
14 |
   |         Defendants.
15

## PLAINTIFF'S NOTICE OF CHANGE OF FIRM AFFILIATION

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorneys for Cohesity, Inc. are now affiliated with the firm of Thompson Hine LLP. Service upon the attorneys listed below should be directed to the following address and e-mail addresses.

>Megan Whyman Olesek
>Megan.Whyman.Olesek@ThompsonHine.com
>
>Jacob S. Zweig
>Jacob.Zweig@ThompsonHine.com
>
>THOMPSON HINE LLP
>155 Bovet Road, Suite 600
>San Mateo, California 94402

Dated: January 27, 2026

>/s/ Megan Whyman Olesek
>Megan Whyman Olesek (State Bar No. 191218)
>Megan.Whyman.Olesek@ThompsonHine.com
>Jacob S. Zweig (State Bar No. 296129)
>Jacob.Zweig@ThompsonHine.com
>THOMPSON HINE LLP
>155 Bovet Road, Suite 600
>San Mateo, California 94402
>Telephone: (650) 521-5930
>
>*Attorneys for Plaintiff*
>*Cohesity, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2026, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which will send notification of such filing to all parties who have appeared in this matter.

Executed on this January 27, 2026.

*/s/ Megan Whyman Olesek*
Megan Whyman Olesek