Jacob S. Zweig (State Bar No. 296129)
Jacob.Zweig@ThompsonHine.com
Thompson Hine LLP
155 Bovet Road, Suite 600
San Mateo, California 94402
Telephone: (650) 521-5930

*Attorneys for Plaintiff*
*Cohesity, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

COHESITY, INC.,

           Plaintiff,

    v.

CARTESIAN THEATRE CORP. and
DOES 1 – 25.,

           Defendants.

Case No. 4:24-cv-09104-JST

**DECLARATION OF JACOB S. ZWEIG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S CONTINGENT MOTION TO DISMISS**

I, Jacob S. Zweig, hereby declare and state as follows:

1.      I am an attorney at the law firm of Thompson Hine LLP, counsel for Plaintiff Cohesity, Inc. ("Cohesity" or "Plaintiff") in this matter, and a member in good standing of the State Bar of California.  I submit this declaration in support of Cohesity's Opposition to Defendant's Contingent Motion to Dismiss (ECF No. 65).  I have personal knowledge of the facts set forth herein, and if called to testify, I could and would competently testify thereto under oath.

2.      I began representing Cohesity in connection with this matter in or around August 2025, and with my former law firm, Turner Boyd Seraphine LLP, which has since joined Thompson Hine LLP.  At that time, jurisdictional discovery had already taken place, including productions of documents by Cohesity and Cartesian Theatre.  Cartesian Theatre has not produced additional documents since that time.

3.      On January 12, 2026, I caused to be sent to Gary Shuster, counsel for Cartesian Theatre Corp. ("Cartesian Theatre" or "CT" or "Defendant") a letter addressing certain deficiencies in Cartesian Theatre's written discovery responses and document production.  A true and correct copy of that letter is attached as Exhibit 1.

4.      Later that same day, on January 12, 2026, Mr. Shuster replied to me via email.  Mr. Shuster indicated that Cartesian Theatre intended to move for a discovery stay pending a ruling on Cartesian Theatre's motion to dismiss (ECF No. 37).  Mr. Shuster offered to meet and confer prior to filing of the motion.  A true and correct copy of Mr. Shuster's email is attached as Exhibit 2.

5.      On January 15, 2026, before the parties were able to meet and confer, Cartesian Theatre filed its Contingent Motion to Dismiss (ECF No. 65).

6.      On January 16, 2026, together with my colleague Thompson Hine partner Megan Whyman Olesek, I met and conferred via videoconference with Mr. Shuster.  During that meet and confer, Mr. Shuster represented that Cartesian Theatre did not intend to give up its U.S. Trademark Registration No. 7,943,702 for HELIOS and further indicated that Cartesian Theatre might consider Cohesity to be infringing its HELIOS mark if it were to enter the music space.  The parties were unable to reach agreement but agreed to continue discussions.

7.     Attached as Exhibit 3 is a true and correct copy of Plaintiff Cartesian Theatre Corp.'s Second Set of Requests for Admission to Plaintiff Cohesity, Inc., dated December 15, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed on January 29, 2026 in San Mateo, California.

Dated: January 29, 2026                    Respectfully submitted,

                                           */s/ Jacob S. Zweig*
                                           Jacob S. Zweig (State Bar No. 296129)
                                           Jacob.Zweig@ThompsonHine.com
                                           Thompson Hine LLP
                                           155 Bovet Road, Suite 600
                                           San Mateo, California 94402
                                           Telephone: (650) 521-5930

                                           *Attorney for Plaintiff*
                                           *Cohesity, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2026, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which will send notification of such filing to all parties who have appeared in this matter.

Dated:  January 29, 2026

*/s/ Jacob S. Zweig*
*Jacob S. Zweig*