**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| COHESITY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CARTESIAN THEATRE CORP. and DOES 1 – 25., <br><br> Defendants. | Case No. 4:24-cv-09104-JST <br><br> **[PROPOSED] ORDER DENYING DEFENDANT CARTESIAN THEATRE CORP.'S CONTINGENT MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND MOTION TO STAY PROCEEDINGS PENDING A RULING IN THE JULY 27, 2025 MOTION** |

Before the Court is Defendant's Contingent Motion to Dismiss for Lack of Subject Matter Jurisdiction and Motion to Stay Proceedings Pending a Ruling in the July 27, 2025 Motion (ECF No. 65) (the "Motion"). Having considered Plaintiff's Opposition to the Motion (the "Opposition"), the arguments in support of the Opposition, and the Declaration of Jacob Zweig in support of the Opposition, the Court hereby DENIES the Motion in its entirety.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
United States District Court Judge
The Honorable Jon S. Tigar