GARY SHUSTER, CSB 162379
gary@shuster.com
2301-1228 Marinaside Cr.
Vancouver, British Columbia V6Z 2W4
Canada
Telephone: (604) 417-5002
Facsimile: (559) 272-2222

*Attorney for Defendant Cartesian Theatre Corp.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| COHESITY, INC, <br><br> Plaintiff, <br><br> v. <br><br> CARTESIAN THEATRE CORP., and DOES 1 - 25, <br><br> Defendants. | Case No. 4:24-CV-09104-JST <br><br> **REPLY DECLARATION OF GARY SHUSTER IN SUPPORT OF CONTINGENT MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND MOTION TO STAY PROCEEDINGS PENDING A RULING IN THE JULY 27, 2025 MOTION** <br><br> **Judge: Hon. Jon. S. Tigar** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1. I am counsel for Cartesian Theatre Corp. ("CT") in this litigation. I am a member in good standing of the State Bar of California. I make this declaration in support of CT's Contingent Motion to Dismiss for Lack of Subject Matter Jurisdiction and Motion to Stay Proceedings Pending a Ruling In The July 27, 2025, Motion (ECF 65) (the "Motion"). The facts and information contained in this declaration are known to me personally.

2. On January 16, 2026, during a meet and confer with Ms. Olesek and Mr. Zweig, I noted that their proposed MSC language discussed a possible deficiency in the Covenant Not to Sue attached to the Motion ("Covenant"). I asked how it was deficient, but no deficiencies were identified (other than the question about mergers and acquisitions as noted in paragraph 3 below).

3. My recollection of whether the conversation described after this sentence took place during the January 16, 2026 meet and confer or during another recent communication is unclear. During a conversation with Ms. Olesek, she expressed concern as to whether the Covenant would cover a third party if a third party were to acquire Cohesity. This may have been stated as a response to my question during the January 16, 2026 meet and confer. I did not have an answer at that point, having not done the research.

Executed outside the United States, in Vancouver, British Columbia, Canada, on January 30, 2026.
DATED: January 30, 2026

                                              /s/ Gary Shuster
                                              Gary Shuster