GARY SHUSTER, CSB 162379
gary@shuster.com
2301-1228 Marinaside Cr.
Vancouver, British Columbia V6Z 2W4
Canada
Telephone: (604) 417-5002
Facsimile: (559) 272-2222

*Attorney for Defendant Cartesian Theatre Corp.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| COHESITY, INC, <br><br> Plaintiff, <br><br> v. <br><br> CARTESIAN THEATRE CORP., and DOES 1 - 25, <br><br> Defendants. | Case No. 4:24-CV-09104-JST <br><br> **REPLY DECLARATION OF KIPLING WARNER IN SUPPORT OF CONTINGENT MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND MOTION TO STAY PROCEEDINGS PENDING A RULING IN THE JULY 27, 2025 MOTION** <br><br> **Judge: Hon. Jon. S. Tigar** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1.      I am the Founder of Cartesian Theatre Corp. ("CT"), a Canadian corporation. I make this declaration based on my personal knowledge. CT has always had a small number of employees and contractors, of which I am the sole person serving as an officer of CT. I make this declaration in support of CT's contingent motion to dismiss for lack of subject matter jurisdiction and motion to stay proceedings pending a ruling in CT's July 27, 2025, motion.

2.      I am frankly getting tired of putting my work down repeatedly in order to assist the plaintiff in this action attempt to gain procedural advantage in the first filed Canadian Federal Court proceeding T-2636-24 (the "Canadian Proceeding") between the same parties, as well as assisting opposing counsel meet a billing quota via recreational discovery. I say this because I cannot think of any other rational explanation for why this action is still active, given that I already offered at its onset everything the plaintiff wanted. A true and correct copy of that offer is attached hereto as Exhibit "A".

3.      That offer was sent on January 17, 2025, to Michael Hendershot of Jones Day, with explicit acknowledgment by the same on January 30, 2025. A true and correct copy of that acknowledgment is attached hereto as Exhibit "B". Since that time the plaintiffs' various counsel have asked on at least two occasions for a copy of the offer letter after my counsel had reminded them of its purpose and existence. The first request I can recall was on August 28, 2025, by Anna Reimer of Jones Day, and the second was by Megan Olesek of Turner Boyd on January 23, 2026. There may have been others, but in any event, every time they asked for it we provided them with a copy of the letter again. This is strongly indicative Cohesity's counsel lost the letter, prolonging pointless litigation while increasing billable hours for their firms.

4.      The endless time wasted has prevented me from being able to adequately prepare for another Canadian international trade delegation abroad I have been asked to attend on behalf of my company, CT, to showcase my Helios technology in Doha, Qatar. As a result of the plaintiff I will not be able to attend. A true and correct copy of my VIP event pass is attached hereto as Exhibit "C".

5.      I note from the public docket that Cohesity was denied its trademark applications

2334939 and 2349560 for HELIOS[1] and COHESITY HELIOS[2] respectively by an Examiner with the Canadian Intellectual Property Office ("CIPO") on August 7, 2025, because he cited CT's HELIOS registration TMA1260843 as potentially confusing. I note that the COHESITY HELIOS application was filed by Cohesity's Canadian counsel on September 12, 2024, shortly after CT first put Cohesity's Canadian counsel on notice a few weeks earlier on August 12, 2024, about the risk of confusion with CT's product. I further note that Cohesity was denied a time extension to respond to the Examiner's office action refusal of August 7, 2025, for COHESITY HELIOS, on January 20, 2026, with the Examiner noting the application will be abandoned if the default is not remedied by March 20, 2026.

6. In my country a plaintiff, if not their counsel as well, would be sanctioned for an abuse of process in having commenced a suit for an improper or collateral purpose.

I **declare** under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed outside the United States, in Vancouver, British Columbia, Canada, on January 29, 2026.

DATED: January 29, 2026

_____
Kipling Warner

---

[1] https://www.ic.gc.ca/app/scr/opic-cipo/mc-tm/rd-dr/?fn=2334939&ec=0&lang=eng&from=ctd

[2] https://www.ic.gc.ca/app/scr/opic-cipo/mc-tm/rd-dr/?fn=2349560&ec=0&lang=eng&from=ctd

# Exhibit A



Cartesian Theatre Corp.
108-2115 Cypress Street
Vancouver, BC V6J 3M3


Attn: Michael C. Hendershot
Jones Day
1755 Embarcadero Road
Palo Alto, CA
USA 94303

**VIA EMAIL mhendershot@jonesday.com**

**WITHOUT PREJUDICE**                                                                        17 January 2025


***Re: Cohesity, Inc. v Cartesian Theatre Corp. (Case No 3:24-cv-09104)***


Dear Sir,

I am writing you on a without prejudice basis on behalf of my Vancouver, Canada, based company, Cartesian Theatre Corp. ("*CT*"), as its principal. CT is in receipt of your pleading in your plaintiff client's recently commenced proceeding *Cohesity, Inc. v Cartesian Theatre Corp. et al.*, Case No 3:24-CV-9104 in the United States District Court Northern District of California (the "*American Proceeding*").

I understand that you are counsel for Cohesity, Inc. ("*Cohesity*"). CT is currently in the process of retaining counsel in the United States as expeditiously as practicable to defend it in the American Proceeding. CT assumes that you will not take any steps in default without ample advance notice to CT. If that assumption is incorrect please advise CT immediately so that it may take steps to protect its interests.

Cohesity's pleading appears to be predicated on CT having asserted trademark rights within the United States in a manner contrary to your client's interests, or that CT has threatened your client's right to use its mark in the United States. CT is not aware of ever having taken any steps to do so. If Cohesity has evidence to the contrary, CT requests that you provide particulars without delay. It will certainly be CT's first question to the Court and its first interrogatory.

However, CT is confident that your client will be unable to support the statement it made in the Complaint that states on p. 12 that "*Cohesity has a real and reasonable apprehension that it will be sued for infringement regarding use of the HELIOS trademark [sic] the United States*".

Thus, CT takes the position that the American Proceeding is an abuse of process. Without CT having challenged your client's use of its mark in the U.S., no federal court can exercise personal jurisdiction over CT. There does not appear to be a case or a controversy over which to assert jurisdiction.

CT is willing to negotiate terms of settlement of the American Proceeding that provide your client with the comfort of a negative covenant that CT does not assert any trademark rights against Cohesity in the United States, without, of course, prejudice to *Cartesian Theatre Corp. v Cohesity, Inc.*, Federal Court, File No T-2636-24 (the "*Canadian Proceeding*"). If you will not agree to these terms, CT may choose to present the Court with its covenant not to sue and make clear your client's action contains no controversy and is not ripe.

In the event that the parties are not able to resolve the American Proceeding before CT takes procedural steps within it, CT will move the Court for appropriate relief. This may include a *Rule* 11 motion for making the above-quoted claim in the Complaint – without which there could be no Complaint – without having any evidence for it.

Please note CT reserves the right to reproduce this correspondence and related in any proceeding at a later date.

Your prompt attention in this matter is greatly appreciated.

Yours truly,

Kip Warner, Founder
kip@heliosmusic.io

KCSW/kcsw


cc: – Catherine T. Zeng <czeng@jonesday.com>;
    – Polina H. Furtula <phf@westpointlawgroup.com>;
    – legal@cartesiantheatre.com.

# Exhibit B

# JONES DAY

SILICON VALLEY OFFICE • 1755 EMBARCADERO ROAD • PALO ALTO, CALIFORNIA  94303

TELEPHONE: +1.650.739.3939 • JONESDAY.COM

Direct Number:  +1.650.739.3940
mhendershot@jonesday.com

January 30, 2025

BY E-MAIL (PHF@WESTPOINTLAWGROUP.COM)

Polina H. Furtula, Esq.
Westpoint Law Group
2200 - 1177 W. Hastings Street
Vancouver, BC V6E 2K3

    Re: *Cohesity, Inc. v. Cartesian Theatre Corp.*, Case No. 3:24-cv-09104 (N.D. Cal.)

Dear Ms. Furtula:

    We understand that your client may be interested in a potential early resolution of the above-captioned dispute.  Please let me know when you are available to discuss this issue.

    Very truly yours,

*/Michael C. Hendershot/*

Michael C. Hendershot

Cc:    Cartesian Theatre Corp. Legal Counsel (legal@cartesiantheatre.com)

NAI-1542987033v1

# Exhibit C

**Subject:** Web Summit Qatar 2026 | VIP | Essential information for Kip Warner
**From:** Web Summit Qatar <Partnersuccess@websummit.com>
**Date:** 1/27/26, 01:38
**To:** Kip <kip@heliosmusic.io>



Hi Kip,

We're delighted that you are joining us for Web Summit Qatar 2026, which is taking place at the Doha Convention Center (DECC) in Doha from February 1-4.

As a VIP ticket holder you'll have access to a number of exclusive benefits at Web Summit Qatar:

- **Registration:** Collect your accreditation at our dedicated VIP registration desks onsite at Main Registration at Web Summit Qatar. Registration opening hours can be found in the Web Summit Qatar app, under 'My ticket'.

  **VIP ticket holders have a dedicated priority entrance** into Main Registration so you don't have to queue with other attendees. Look for the entrance that says 'Investor, Platinum Investor, VIP & Media'.

- **Fast Track:** Once you collect your accreditation, skip the queues with our VIP security Fast Track at the entrance to the event. See the route on the venue map here.

- **Opening Night:** Join us on Sunday February 1 at the DECC from 4pm to celebrate the Opening Night of Web Summit Qatar 2026! The Opening Night ceremony will commence at 6pm, with headline talks from some of our top speakers.

  **Please note:** VIP ticket holders have a dedicated entry point into Centre Stage on Opening Night. See the location of the entry point to the left of Centre Stage on this map.

  There will be limited reserved seating for VIP ticket holders at Centre Stage which will be available on a first come first serve basis and will only be held **until 5.45pm**. Arrive early to avoid disappointment.

- **VIP Lounge by Visit Qatar:** The VIP lounge is a fully-catered lounge exclusive to VIP ticket holders, Web Summit Qatar speakers and other high level attendees. Whether you have a meeting, want to take a break from the busy show floor, or want to enjoy a meal, the VIP lounge is available to you on Sunday February 1 for Opening Night from 4-8pm and from Monday-Wednesday of the event from 9am-5pm.

- **VIP venue map:** Download the VIP venue map here. A map will also be available on the Web Summit app.

- **Night Summit:** Your ticket also grants you access to Night Summit from 4pm on Opening Night and

from 6-10pm on Monday and Tuesday in the DECC park – the perfect setting to network, unwind, and experience Qatar's culture.

Many thanks,

The Web Summit Qatar Team