**COVENANT NOT TO SUE AND FOREIGN ENFORCEMENT COVENANT:**

Cartesian Theatre, Inc., for and on behalf of itself, its parents, subsidiaries, divisions, related companies, affiliated companies, licensees, independent contract manufacturers, assigns, and/or other related business entities, as well as any of their predecessors, successors, directors, officers, employees, agents, distributors, attorneys, representatives, and employees of such entities, hereby unconditionally and irrevocably covenants to refrain from making any claim(s) or demand(s), or from commencing, causing, or permitting to be prosecuted any action in law or equity, against Cohesity, Inc. or any of its parents, subsidiaries, divisions, related companies, affiliated companies, licensees, independent contract manufacturers, assigns, and/or other related business entities, as well as any of their predecessors, successors, directors, officers, employees, agents, distributors, attorneys, representatives, and employees of such entities and all customers of each of the foregoing (whether direct or indirect), on account of any possible cause of action based on or involving trademark infringement, unfair competition, or dilution, under state or federal law in the United States relating to the Helios Mark based on (a) any use of the Helios Mark that Cohesity, Inc. has been used in the past; (b) any use of the Helios Mark that is currently being used by Cohesity, Inc.; and (c) any use of the Helios Mark that is a any colorable imitation or analogue of any Cohesity, Inc. current use of the Helios Mark, regardless of whether that use in commerce is before or after the Effective Date of this Covenant.

Any contact with U.S. entities regarding infringement of any non-U.S. rights to the term "HELIOS" will contain the following language: "THIS COMMUNICATION IS WRITTEN WITH REGARD TO [NAME OF COUNTRY OR COUNTRIES] RIGHTS ONLY. THIS LETTER DOES NOT ASSERT ANY RIGHTS UNDER UNITED STATES LAW."

DATED: February 2, 2026

Cartesian Theatre Corp.

By: _/s/ Kipling Warner_

Cartesian Theatre Corp.

By: Kipling Warner, its CEO