UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COHESITY, INC.,

    Plaintiff,

v.

CARTESIAN THEATRE CORP.,

    Defendant.

Case No. 24-cv-09104-JST

**ORDER MODIFYING CASE SCHEDULE**

Re: ECF No. 67

Pursuant to the proposal made by parties to modify the case management schedule, ECF No 67 at 14, the Court sets the following schedule:

| Event | Current Date | New Date |
| --- | --- | --- |
| Fact discovery cut-off | February 10, 2026 | February 28, 2026 |
| Expert disclosures due | March 6, 2026 | March 13, 2026 |
| Expert rebuttals due | April 3, 2026 | April 10, 2026 |
| Expert discovery cut-off | April 17, 2026 | April 17, 2026 |
| Dispositive motion hearing deadline | May 28, 2026 | May 28, 2026 |
| Pretrial conference statement due | July 10, 2026 | July 10, 2026 |
| Pretrial conference | July 17, 2026 | July 17, 2026 |
| Trial | August 10, 2026 | August 10, 2026 |

**IT IS SO ORDERED.**

Dated: February 3, 2026



JON S. TIGAR
United States District Judge