Megan Whyman Olesek (State Bar No. 191218)
Megan.Whyman.Olesek@ThompsonHine.com
Jacob S. Zweig (State Bar No. 296129)
Jacob.Zweig@ThompsonHine.com
THOMPSON HINE LLP
155 Bovet Road, Suite 600
San Mateo, California 94402
Telephone: (650) 521-5930

*Attorneys for Plaintiff
Cohesity, Inc.*

Gary Shuster, CSB 162379
gary@shuster.com
2301-1228 Marinaside Cr.
Vancouver, British Columbia V6Z 2W4
Canada
Telephone: (604) 417-5002
Facsimile: (559) 272-2222

*Attorney for Defendant
Cartesian Theatre Corp.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| COHESITY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CARTESIAN THEATRE CORP. and DOES 1 – 25., <br><br> Defendants. | Case No. 4:24-cv-09104-JST <br><br> **NOTICE OF PARTIES' SELECTION OF PREFERRED MAGISTRATE JUDGES PURSUANT TO ECF NO. 72** |

In accordance with the Court's order following the Further Case Management Conference held on February 3, 2026 (ECF No. 72), Plaintiff Cohesity, Inc. and Defendant Cartesian Theatre Corp. submit the following list of preferred Magistrate Judges for a settlement conference:

(1) Magistrate Judge Thomas S. Hixon;

(2) Magistrate Judge Susan van Keulen; and

(3) Magistrate Judge Nathanael M. Cousins.

| | |
|---|---|
| Dated: February 5, 2026 | Respectfully submitted, |
| /s/ Megan Whyman Olesek | /s/ Gary Shuster |
| Megan Whyman Olesek (State Bar No. 191218)<br>Megan.Whyman.Olesek@ThompsonHine.com<br>Jacob S. Zweig (State Bar No. 296129)<br>Jacob.Zweig@ThompsonHine.com<br>THOMPSON HINE LLP<br>155 Bovet Road, Suite 600<br>San Mateo, California 94402<br>Telephone: (650) 521-5930<br><br>*Attorneys for Plaintiff*<br>*Cohesity, Inc.* | Gary Shuster, CSB 162379<br>gary@shuster.com<br>2301-1228 Marinaside Cr.<br>Vancouver, British Columbia V6Z 2W4<br>Canada<br>Telephone: (604) 417-5002<br>Facsimile: (559) 272-2222<br><br>*Attorney for Defendant*<br>*Cartesian Theatre Corp.* |

## **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from all signatories.

Dated:  February 5, 2026                                                  */s/ Megan Whyman Olesek*
                                                                                                Megan Whyman Olesek

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2026, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which will send notification of such filing to all parties who have appeared in this matter.

Dated:  February 5, 2026                                                  */s/ Megan Whyman Olesek*
                                                                                                Megan Whyman Olesek