1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7    COHESITY, INC.,                          Case No.  24-cv-09104-JST
8              Plaintiff,
9         v.                                  **ORDER OF REFERENCE TO**
                                              **MAGISTRATE JUDGE FOR**
10   CARTESIAN THEATRE CORP.,                 **SETTLEMENT**
11             Defendant.
12
13        Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Thomas S. Hixson
14   for settlement.
15        The parties will be advised of the date, time and place of the next appearance by notice
16   from Magistrate Judge Hixson.
17        **IT IS SO ORDERED.**
18   Dated:  February 19, 2026



19
20   JON S. TIGAR
     United States District Judge
21
22
23
24
25
26
27
28

United States District Court
Northern District of California