Megan Whyman Olesek (State Bar No. 191218)
Megan.Whyman.Olesek@ThompsonHine.com
Jacob S. Zweig (State Bar No. 296129)
Jacob.Zweig@ThompsonHine.com
Thompson Hine LLP
155 Bovet Road, Suite 600
San Mateo, California 94402
Telephone: (650) 521-5930

*Attorneys for Plaintiff
Cohesity, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| COHESITY, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>CARTESIAN THEATRE CORP. and DOES 1 – 25.,<br><br>    Defendants. | Case No. 4:24-cv-09104-JST<br><br>**NOTICE OF VOLUNTARY DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Judge: Hon. Jon. S. Tigar |

Plaintiff Cohesity, Inc. ("Cohesity" or "Plaintiff") states as follows:

WHEREAS Cohesity brought this lawsuit against Defendant Cartesian Theatre Corp. and Does 1-15 (collectively, "Cartesian Theatre") seeking a declaration that Cohesity's use of its trademark for HELIOS software produces and services does not infringe Cartesian Theatre's alleged trademark for HELIOS (ECF No. 1);

WHEREAS on July 27, 2025, Cartesian Theatre moved to dismiss this lawsuit, arguing, *inter alia*, that the Court lacked declaratory judgment jurisdiction and lacked personal jurisdiction over Cartesian Theatre (ECF No. 37);

WHEREAS on February 2, 2026, the Court denied Cartesian Theatre's motion to dismiss, holding that declaratory judgment jurisdiction and personal jurisdiction were proper (ECF No. 70);

WHEREAS on March 30, 2026, Cartesian Theatre provided Cohesity with a Covenant Not to Sue and Foreign Enforcement Covenant agreeing, *inter alia*, not to make claims or sue Cohesity and its customers for causes of action based on any past or current use of the HELIOS trademark, or based on any use of the Helios trademark that is a colorable imitation or analogue of any current use of the Helios trademark, regardless of whether that use is before or after the effective date of the Covenant;

WHEREAS Cohesity has not paid Cartesian Theatre anything in order to secure this resolution of the parties' dispute; and

WHEREAS Cartesian Theatre has not filed either an answer or a motion for summary judgment;

THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Cohesity hereby voluntarily dismisses this action with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: March 31, 2026

Respectfully submitted,

*/s/ Megan Whyman Olesek*

Megan Whyman Olesek (State Bar No. 191218)
Megan.Whyman.Olesek@ThompsonHine.com
Jacob S. Zweig (State Bar No. 296129)
Jacob.Zweig@ThompsonHine.com
Thompson Hine LLP
155 Bovet Road, Suite 600
San Mateo, California 94402
Telephone: (650) 521-5930

*Attorneys for Plaintiff*
*Cohesity, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2026, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which will send notification of such filing to all parties who have appeared in this matter.

Dated:  March 31, 2026                                  */s/ Jeffrey Ball*
                                                              Jeffrey Ball